# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CALLI L. HISEY, an individual; and CALLI HISEY LAW OFFICES PC, a Washington corporation, | No. 3:17-CV-05543-JRC |
| Plaintiffs, | |
| vs. | |
| KELLY ELLIS, an individual; INNOVATIVE DATA SEARCH LLC dba www.bankruptreport.com, a Delaware corporation; ENOM, LLC, a Washington corporation; PRIVACY PROTECTION SERVICE INC d/b/a PrivacyProtect.org; GOOGLE INC.; a Delaware corporation, YAHOO! INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and JANE DOES and JOHN DOES 1-10, inclusive, | SEALED SOURCE DOCUMENTS (COVER SHEET) |
| | CLERK'S ACTION REQUIRED. |
| Defendants. | |

## Sealed Source Documents

- Google.com, yahoo.com, bing.com search results
- Screenshots of websites
- Petition for Order of Protection

DATED this _____ day of July, 2017

_____
CALLI. L. HISEY

CALLI HISEY LAW OFFICES PC
1104 Main St., Suite 212
Vancouver, WA 98660
p: 360.695.0365
e: calli@callihiseylawoffices.com

1

2

## CERTIFICATE OF SERVICE

3

4    I, Calli L. Hisey, certify that I served the foregoing document by the method, on the date, and on each attorney(s) and/or person(s) identified below.

5

<u>Method of Service</u>:

6

7    _____    By mailing by **first class mail** a full, true and correct copy of the document in a sealed, postage prepaid envelope, addressed to each party or attorney shown below, to the last known address of each party or attorney, and deposited with the United States Post Office in Vancouver, Washington on the date set forth below.

8

9    _X___    By causing a full, true and correct copy thereof to be **hand delivered by courier** to the party or attorney shown below, to the last known address on the date set forth below.

10

11    _____    By sending a full, true and correct copy thereof via **courier** in a sealed, prepaid envelope, addressed to the party or attorney as shown below on the date set forth below.

12

13    _X___    By **faxing/emailing** a full, true and correct copy thereof to the party or attorney at the fax number shown below, which is the last known fax number for the party or attorney on the date set forth below.  The receiving fax machine was operating at the time of service, and the transmission was properly completed, according to the attached confirmation report.

14

15    <u>Person or Persons Served</u>:

16    **<u>Hand Delivered by Courier and sent via Email</u>**

17    KELLY ELLIS
18    12010 Old 66
      Carthage, MO 64836

19    INNOVATIVE DATA SEARCH LLC
20    c/o HARVARD BUSINESS SERVICES, INC.
      16192 Coastal Hwy
21    Lewes, DE 19958

22    **<u>Hand Delivered by Courier</u>**
      ENOM, LLC
23    c/o PAUL KARKAS
      5808 Lake Washington Blvd. NE
24    Kirkland, WA 98033

      / / /
      / / /
25    / / /

CERTIFICATE OF SERVICE                    p. **1** of **2**



GOOGLE INC.
c/o CORPORATION SERVICE COMPANY
300 Deschutes Way SW, Ste. 304
Tumwater, WA 98501

YAHOO! INC.
c/o CT CORPORATION SYSTEM
711 Capitol Way, Ste. 204
Olympia, WA 98501-1267

MICROSOFT CORPORATION
c/o CORPORATION SERVICE COMPANY
300 Deschutes Way SW, Ste. 304
Tumwater, WA 98501

DATED this ____ day of July, 2017

_____
CALLI L. HISEY

CALLI HISEY LAW OFFICES PC
1104 Main St., Suite 212
Vancouver, WA 98660
p: 360.695.0365
e: calli@callihiseylawoffices.com



| | |
|---|---|
| Web | **Images**  Videos  Maps  News  |  My saves |

45,600 RESULTS   Any time ▾

**Calli Hisey Attorney Arrested for Urinate/-in public**
callihisey.com ▾
**Calli Hisey** Attorney arrested for public urination / defecate. Licensed attorney with Joshua J. Bean PLLC. makes legal threats when public matters are involved like a ...

**Calli Hisey | Family Lawyer**
www.callihisey.org ▾
**Calli Hisey** is a family law attorney based in Vancouver WA. Learn more about her professional career, personal interests, and other topics at callihisey.org

**Calli Hisey Law Offices PC**
www.callihiseylawoffices.com ▾
**Calli Hisey** Law Offices PC is a family law and divorce law firm located in Vancouver, Washington with a focus on divorce, child custody and parenting plans, child ...

**Calli Hisey | LinkedIn**
https://www.linkedin.com/in/callihisey
Owner/Attorney at **Calli Hisey** Law ... · Law Practice · 386 connections · Vancouver, Washington
View **Calli Hisey**'s professional profile on LinkedIn. LinkedIn is the world's largest business network, helping professionals like **Calli Hisey** discover inside ...

**Calli Hisey | Facebook**
https://www.facebook.com/calli.hisey
**Calli Hisey** is on Facebook. Join **Facebook** to connect with **Calli Hisey** and others you may know. **Facebook** gives people the power to share and makes the...

**Lawyer Calli Hisey - Vancouver, WA Attorney - Avvo**
www.avvo.com › ... › Vancouver › Divorce / Separation Lawyers ▾
★★★★★ 5/5 · 3 reviews · Vancouver, WA · (360) 695-0365
**Calli Hisey** is a Divorce Attorney in Vancouver, WA. Click **Calli**'s profile to discover their Avvo Rating, write a review, and read professional endorsements.

**Calli Hisey | Berufsprofil**
https://www.linkedin.com/in/callihisey/de
Owner/Attorney at **Calli Hisey** Law ... · 393 connections · Vancouver, Washington
**Calli Hisey**s berufliches Profil anzeigen LinkedIn ist das weltweit größte professionelle Netzwerk, das Fach- und Führungskräften wie **Calli Hisey** dabei hilft ...

**Calli Hisey | Personal Blog | About**
www.callihisey.org/about-calli-hisey ▾
**Calli Hisey** was raised in a small town in Nebraska by her parents. Her dad was a farmer and her mom worked various jobs. Visit her site to read more.

**Calli Hisey Law Offices PC-Home**
www.callihiseylawoffices.com/welcome ▾
**Calli Hisey** Law Offices PC is a family law firm in Vancouver, Washington, with a focus on divorce, child custody and parenting plans, child support, and maintenance ...

**Calli L Hisey - Attorney At Law - Divorce & Family Law ...**
www.yelp.com › ... › Lawyers › Divorce & Family Law ▾
Specialties: I am a divorce and child custody lawyer in Vancouver, WA. I handle all aspects of divorce and child custody. If you need a new petition filed, or if you ...

Related searches for calli hisey
calli **law firm**
boutique family law firm

1  2  3  4  5  →

**See results for**

**Calli Hisey**
Owner/Attorney at Calli Hisey Law Offices PC
Vancouver, Washington



**We Found Calli Hisey | beenverified.com**
Ad · www.beenverified.com
Get Cell Phone, Address, Pic & More Calli Hisey's Info - Look Now.

**We Found Calli Hisey | peoplelooker.com**
Ad · www.peoplelooker.com
Get Cell Phone, Address, Pic & More Calli Hisey's Info - Look Now.

See your ad here »

Privacy and Cookies   Legal   Advertise   About our ads   Help   Feedback

© 2017 Microsoft



calli hisey

Web    Images    Videos    Maps    News    |    My saves

11-24 OF 45,600 RESULTS    Any time ▾

Sign in    10

### Calli Hisey Attorney Arrested for Urinate/-in public
callihisey.com ▾
**Calli Hisey** Attorney arrested for public urination / defecate. Licensed attorney with Joshua J. Bean PLLC. makes legal threats when public matters are involved like a …

### Calli Hisey | Personal Blog | About
www.callihisey.org/about-calli-hisey ▾
**Calli Hisey** was raised in a small town in Nebraska by her parents. Her dad was a farmer and her mom worked various jobs. Visit her site to read more.

### Calli L Hisey - Attorney At Law - Divorce & Family Law …
www.yelp.com › … › Lawyers › Divorce & Family Law ▾
Specialties: I am a divorce and child custody lawyer in Vancouver, WA. I handle all aspects of divorce and child custody. If you need a new petition filed, or if you …

### Calli Hisey (@CalliHiseyCA) | Twitter
https://twitter.com/**CalliHiseyCA** ▾
The latest Tweets from **Calli Hisey** (@CalliHiseyCA). I'm an #interior design student, part-time barista, fitness buff, yoga practitioner, and country music girl.

### Calli Hisey's Channel on MetaCafe
www.metacafe.com/channels/calli-hisey ▾
My name is **Calli Hisey**, and I'm a 21-year-old living it up in Los Angeles. Moving here was a major decision, but I'm having a blast.

### Calli Hisey Attorney arrested for public urination / defecate.
www.bankruptreport.com/articles/calli-hisey-attorney-arrested-for... ▾
**Calli Hisey** Attorney arrested for public urination Attacks BankruptReport.com. Washington Attorney **Calli Hisey** threatens BankruptReport.com and files order of …

### Calli Hisey - Get Data Reports - Phone, Address & more
https://www.publicrecords.com/people-search-records/calli-hisey ▾
PublicRecords.com provides records for **Calli Hisey**. See matches in our databases for **Calli Hisey** and get report instantly. Check phone, address, background, criminal …

### Calli Hisey Law Offices PC, 1104 Main St., Suite 212 …
www.findglocal.com/.../691003747732446/Calli-Hisey-Law-Offices-PC ▾
Information about **Calli Hisey** Law Offices PC, 1104 Main St., Suite 212, Vancouver, WA.

### Calli Hisey - Attorney in Vancouver, WA - Lawyer.com
www.lawyer.com › … › Vancouver › Family Law › **Calli Hisey** ▾
**Calli Hisey** is an attorney in Vancouver, WA. 2 years experience in Family Law, Estate Planning, Estate, Wills, .

### Callihisey : Calli Hisey Abusive Threatening Attorney
https://callihisey.com.cutestat.com ▾
I'm a licensed attorney with Joshua J. Bean PLLC. I make legal threats when my public matters are involved like a bankruptcy

### Calli Hisey's Reviews - Vancouver, WA Attorney - Avvo
www.avvo.com › Find a lawyer › **Calli Hisey** ▾
★★★★★ 5/5 · 3 reviews
Vancouver, WA attorney **Calli Hisey** - read reviews from former clients.

### Calli Hisey - Los Angeles, California | about.me
https://about.me/callihisey ▾
**Calli Hisey** at service. I'm a part-time your barista and a full-time interior design student in LA. I live a healthy lifestyle by consuming only organic food and …

### Calli Hisey Blogs
calli-hisey.blogspot.com ▾
It's almost mid-year, and time went so fast! And as the year approaches its halfway mark, we've seen enough to know what interior designs will reign in 2017.

### Calli L Hisey - Attorney at Law in Vancouver | Calli L …
local.yahoo.com › … › Law Firms › Divorce Lawyers ▾
0 reviews · Divorce Lawyer, Estate & Probate Lawyer, Personal Injury Lawyer · 4001 Main St
Find **Calli L Hisey - Attorney at Law** in Vancouver with Address, Phone number from Yahoo US Local. Includes **Calli L Hisey - Attorney at Law** Reviews, maps & directions …

Related searches for calli hisey

calli **law firm**

**boutique family law firm**

---

We Found **Calli Hisey**
Ad · www.beenverified.com
1) **Calli Hisey**'s Photo 2) Address 3) Phone & More. Find Now.

We Found **Calli Hisey**
Ad · www.peoplelooker.com
Get Cell Phone, Address, Pic & More **Calli Hisey**'s Info - Look Now.

See your ad here »

Related searches

calli **law firm**

**boutique family law firm**

calli hisey - Bing

**We Found This Person Free**

Ad · www.intelius.com/People Search

Instant-Address, Phone, Age & More. Search for Free Now!

People Search · Directory · Property Records · Reverse Lookup

Some results have been removed

← 1 2 3 4 5 6 →

Privacy and Cookies    Legal    Advertise    About our ads    Help    Feedback

© 2017 Microsoft

 

calli hisey

All   Images   Maps   News   Videos   More       Settings   Tools

Page 3 of about 2,100 results (0.50 seconds)

### Calli L Hisey, 31 - Vancouver, WA | MyLife.com™ Background Profile
https://www.mylife.com/calli-hisey/e21318673359216 ▾
⭐ Rating: 4 - 1 review
View free background profile for **Calli L Hisey** on MyLife.com™ - Phone | 72*** **** Ave St Address, Vancouver, WA | 0 EMAILS | Photos | 3 Profiles | 1 Review ...

### Calli Hisey - Interior Designer - Upwork Freelancer from Los Angeles ...
https://www.upwork.com/freelancers/~01c7770ee6d1983036
I am a freelance designer attending the (FIDM) Fashion Institute of Design & Merchandising in Los Angeles. I am currently studying Interior Design with a ...

### Attorney Calli Hisey | Quest.Attorney
quest.attorney/attorney/calli-hisey/ ▾
**Calli Hisey**. Community Association Law Group 10000 NE 7th Ave Suite 400 Vancouver, WA, 98685|915 NW 19th Ave Ste H Portland, OR, 97209. 360-326- ...

### Beverly J. Hisey Obituary | KSID Radio
www.ksidradio.com/obits/details.cfm?id=28415 ▾
May 23, 2017 - Beverly J. Hisey, 85, of Kimball, died at her home in Kimball on ... Sean Hisey (Schuyler Tutt)., **Calli Hisey**, Ardell Hisey (Sara) and their child ...

### Calli Hisey
https://callihiseycalifornia.tumblr.com/ ▾
**Calli Hisey's** the name. I'm 21 years old and currently based in Los Angeles, California. Moving to LA is one step closer to my dream of being an interior designer ...

### Calli Hisey Attorney arrested for public urination / defecate.
www.bankruptreport.com/.../calli-hisey-attorney-arrested-for-public-urination-attacks... ▾
**Calli Hisey** Attorney arrested for public urination Attacks BankruptReport.com. Washington Attorney **Calli Hisey** threatens BankruptReport.com and files order of ...

### Beverly J. Hisey | Obituaries | starherald.com
www.starherald.com/...j-hisey/article_e933dc9c-3f9a-5699-b199-eed8e0922185.html ▾
May 23, 2017 - Beverly J. Hisey, 85, of Kimball, died at her home in Kimball on Saturday, ... **Calli Hisey**, Ardell Hisey (Sara) and their child Austin, Pake Newell ...

### Sean Hisey and Schuyler Tutt's Wedding Website - The Knot
https://www.theknot.com/us/sean-hisey-and-schuyler-tutt-aug-2015 ▾
Aug 15, 2015 - Welcome to Sean **Hisey** and Schuyler Tutt's Wedding Website! View photos, directions, registry details and more at The Knot.

### Calli Hisey Found in Washington - OneRep
https://onerep.com/people/calli-hisey ▾
We found **Calli Hisey's** personal information and public records on people-search websites. Find out how to protect your privacy.

### Oregon State Bar Bulletin — FEBRUARY/MARCH 2015 - OsBar.org
https://www.osbar.org/publications/bulletin/15febmar/baractions.html ▾
**Calli** Lynn **Hisey** Charlotte Kesiah Hicks Hodde Edward Alan Hoeffliger Katie Jane Hoesly Sarah Kimberly Holloway Robert Richard Holmen Jack Douglas ...

### Searches related to calli hisey

"**calli lynn hisey**"

**calli hisey** law offices

98661, Vancouver, WA - From your search history - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



calli hisey

All    Images    Maps    News    Videos    More        Settings    Tools



Page 2 of about 2,100 results (0.55 seconds)

**Calli Hisey | Family Lawyer**
www.callihisey.org/ ▼
**Calli Hisey** is a family law attorney based in Vancouver WA. Learn more about her professional career, personal interests, and other topics at callihisey.org.

**H - Our Member Directory | CCBA**
www.ccbawashington.com/member-directory/H ▼
Calli L. Hisey. **Calli Hisey** Law Offices PC. 1104 Main Street, Suite 212 Vancouver, WA 98660. P: (360) 695-0365 calli@callihiseylawoffices.com

**Calli Hisey Law Offices in Vancouver, WA | 1104 Main St, Vancouver ...**
www.superpages.com/bp/vancouver-wa/calli-hisey-law-offices-L2710294765.htm ▼
**Calli Hisey** Law Offices in Vancouver, WA – Map, Phone Number, Reviews, Photos and Video Profile for Vancouver WA **Calli Hisey** Law Offices. **Calli Hisey** Law ...

**Calli Hisey Abusive Threatening Attorney: Callihisey**
https://callihisey.com.cutestat.com/ ▼
I'm a licensed attorney with Joshua J. Bean PLLC. I make legal threats when my public matters are involved like a bankruptcy.

**Calli Hisey Law Offices - Vancouver, 98660-2999, WA - USplaces**
usplaces.com › WA › Clark › Vancouver ▼
Information about **Calli Hisey** Law Offices located in Vancouver 98660-2999, WA.

**Calli Hisey Law Offices in | Whitepages**
www.whitepages.com/business/calli-hisey-law-offices-vancouver-wa-3 ▼
View phone details, business hours, full address for **Calli Hisey** Law Offices in 360-695-0365. Whitepages is the most trusted online directory.

**Calli Lynn Hisey from Vancouver, Washington | VoterRecords.com**
https://voterrecords.com/voter/41539520/calli-hisey ▼
**Calli** Lynn **Hisey** (age 30) from Vancouver, WA and has no known political party affiliation. She is a female registered to vote in Clark County, Washington.

**Calli Hisey's photos - PictureThisCity**
picturethiscity.com/index.php/all-photos/my-photos/23143-calli-hisey ▼
The biggest nightlife and event photography social site on the web. Your one stop to view photos, buy tickets and find new places and events that fit your ...

**Calli Hisey's Channel on MetaCafe**
www.metacafe.com/channels/8114930/ ▼
One of the world's largest video sites, serving the best videos, funniest movies and clips.

**CALLI HISEY LAW OFFICES PC in , - Business information and Ratings**
bizindex.pub-dat.org/Browse/Entity/2590502 ▼
Information about **CALLI HISEY** LAW OFFICES PC in , .

### Searches related to calli hisey

"calli lynn hisey"

calli hisey **law offices**

Previous    1    **2**    3    4    5    6    7    8    9    10    Next















calli hisey

All   Images   Maps   News   Videos   More          Settings   Tools

About 2,100 results (0.42 seconds)

Your business dashboard                                    132 VIEWS
Calli Hisey Law Offices PC · Visible only to you           Past 28 days

Edit info          Add photo          Reviews          Insights

**Calli Hisey Law Offices PC**
www.callihiseylawoffices.com/ ▾
**Calli Hisey** Law Offices PC is a family law firm in Vancouver, Washington, with a focus on divorce, child
custody and parenting plans, child support, and ...

**Calli Hisey Law Offices PC-About Me**
www.callihiseylawoffices.com/about-2/ ▾
**Calli Hisey** Law Offices PC is a family law firm in Vancouver, Washington, with a focus on divorce, child
custody and parenting plans, child support, and ...

**Lawyer Calli Hisey - Vancouver, WA Attorney - Avvo**
https://www.avvo.com › ... › Washington › Vancouver › Divorce / Separation Lawyers ▾
Rating: 7.2/10 - Review by Avvo
**Calli Hisey** is a Divorce Attorney in Vancouver, WA. Click Calli's profile to discover their Avvo Rating, write
a review, and read professional endorsements.

**Calli Hisey Law Offices PC - Home | Facebook**
https://www.facebook.com › Places › Vancouver, Washington ▾
Rating: 5 - 4 votes
**Calli Hisey** Law Offices PC, Vancouver, Washington. 164 likes. **Calli Hisey** Law Offices PC is a boutique
law firm focusing primarily on family law. The...

**Calli Hisey Attorney Arrested for Urinate/-in public**
www.callihisey.com/ ▾
**Calli Hisey** Attorney arrested for public urination / defecate. Licensed attorney with Joshua J. Bean
PLLC. makes legal threats when public matters are involved ...

**Calli Hisey | Professional Profile - LinkedIn**
https://www.linkedin.com/in/callihisey
Vancouver, Washington - Owner/Attorney at Calli Hisey Law Offices PC - Calli Hisey Law Offices PC
View **Calli Hisey's** professional profile on LinkedIn. LinkedIn is the world's largest business network,
helping professionals like **Calli Hisey** discover inside ...

**Calli L Hisey - Attorney At Law - Divorce & Family Law - 4001 Main St ...**
https://www.yelp.com › Professional Services › Lawyers › Divorce & Family Law ▾
(360) 695-0695 - 4001 Main St Ste 323. Vancouver, WA 98663.

**Images for calli hisey**

     

→  More images for calli hisey                                       Report images

**Calli Hisey | Community Association Law Group**
calaw.attorney/team/calli-hisey/ ▾
May 10, 2015 - ABOUT **CALLI HISEY**. Calli is an attorney licensed in Washington State with a focus on
family law and estate planning. In dealing with family ...

**Stay in the loop**                                                    ›
Receive email notifications when your name gets mentioned on the web

Feedback

**Searches related to calli hisey**

"**calli lynn hisey**"

**calli hisey** law offices

1  2  3  4  5  6  7  8  9  10          Next

My Account
Where you'll find tools to secure and manage your Google
Account and control your data

GO TO MY ACCOUNT

**Calli Hisey Law Offices PC**
Law firm in Vancouver, Washington          Website     Direction

Address: 1104 Main St Suite 212, Vancouver, WA 98660
Hours: Closed now ▾
Phone: (360) 695-0365
Edit your business information

**Reviews from the web**
5/5   Facebook · 4 votes

**Reviews**                                    Write a review   Add a phot
Be the first to review

Send to your phone                                              Send

From Google Contacts
Only you can see this result

**Calli Hisey**
Update your profile

Other: hisey.calli@gmail.com
Birthday: May 22

98661, Vancouver, WA - From your search history - Use precise location - Learn more

Help     Send feedback     Privacy     Terms



calli hisey



All   Images   Maps   News   Videos   More       Settings   Tools

Page 4 of about 2,090 results (0.50 seconds)

**Opening hours: Calli Hisey Law Offices PC in Vancouver**
https://all-opening-hours.com/021536413/Calli_Hisey_-_Attorney_At_Law ▾
Opening hours, address and driving directions to **Calli Hisey** Law Offices PC in Vancouver.

**Various Interior Designing Trends Ruling The World And Making ...**
www.lawfortune.com/.../various-interior-designing-trends-ruling-the-world-and-maki... ▾
Jun 20, 2017 - At times, these printed designs feel a little out of the place or too kiddish but they are
used with the recommendations of people like **Calli Hisey** ...

**Role Of Family Lawyers In Divorce And Legal Separation Cases – Law**
www.lawexclusive.com/.../role-of-family-lawyers-in-divorce-and-legal-separation-cas... ▾
Jun 20, 2017 - These family lawyers like **Calli Hisey** are a bunch of educated people possessing
complete knowledge about the laws related to a family.

**After Effects of Divorce and Legal Separation on the Children | Law ...**
www.lawexclusives.com/.../after-effects-of-divorce-and-legal-separation-on-the-childr... ▾
Jun 20, 2017 - **Calli Hisey** is a well known legal expert who is of the view that such decisions should be
taken prudently and not in the heat of the arguments ...

**Major Differences Between Divorce And Legal Separation |**
www.helpfullaws.com/.../major-differences-between-divorce-and-legal-separation.ht... ▾
Jun 20, 2017 - **Calli Hisey** is an expert in family law and deals with such cases wherein she can prove
helpful to the people and make possible changes in ...

**Calli Hisey - MarketVisual Knowledge Map**
www.marketvisual.com/d/5d4e06f5-f824-48de-b55c-5d4c0095d2e7/Calli+Hisey
New Search: **Calli Hisey**. **Calli Hisey**. Knowledge Map Preview. Company Affiliations. Search:
Company, # of Roles. Bowman & Brooke, 2. Arizona State ...

**Calli Hisey | Personal Blog | Professional Background - Archive.is**
archive.is/eZroe
**Calli Hisey** is the owner of a boutique law firm in Vancouver, WA. The firm focuses on family law; from
divorce to custody. Visit her site to learn more.

**Karen Hisey in Washington | 2 Records Found | Spokeo**
www.spokeo.com › People › Karen Hisey ▾
Karen R Hisey, age 63. Hisey Hisey. Locations. Vancouver, WA. Seattle, WA. Kimball, NE. Relatives.
Richard Hisey. Beverly Hisey. **Calli Hisey**. Sean Hisey.

**Lexis® Web - Results for " Calll"**
lexisweb.com/Search.aspx?Query=+Calll&modifier=Legal... ▾
78 results - It is nothing more than...onto the pipe, and let it rip down to Calli. ... Contact
calderon@azlex.com Editor: **Calli Hisey** Home | Overview | Attorneys.

**callihisey.com - Calli Hisey Attorney Arrested for Urinate/-in public**
minify.mobi/results/callihisey.com ▾
May 28, 2017 - **Calli Hisey** Attorney Arrested for Urinate/-in public. Callihisey.com Test Results.
Callihisey.com Mobile Usability: 68/100. Quick overview:.

Searches related to calli hisey

"**calli lynn hisey**"

**calli hisey law offices**

Previous   1   2   3   4   5   6   7   8   9   10   Next

98661, Vancouver, WA - From your search history - Use precise location - Learn more

calli hisey - Google Search

Help   Send feedback   Privacy   Terms

calli hisey

Sign in

Web    Images    Video    News    More    Anytime

Also try: calli hisey arizona

Ads related to: calli hisey

**Calli at Amazon® - Official Site - amazon.com**
www.amazon.com/Calli ▾
Shop Devices, Apparel, Books, Music & More. Free Shipping on Qualified Orders.

**Calli Hisey Law Offices PC**
www.callihiseylawoffices.com/
Calli Hisey Law Offices PC is a family law firm in Vancouver, Washington, with a focus on divorce, child custody and parenting plans, child support, and ...

**Lawyer Calli Hisey - Vancouver, WA Attorney - Avvo**
www.avvo.com/attorneys/98660-wa-calli-hisey-4699760.html
Calli Hisey is a Divorce Attorney in Vancouver, WA. Click Calli's profile to discover their Avvo Rating, write a review, and read professional endorsements.

**Calli Hisey Law Offices PC - Home | Facebook**
www.facebook.com/callihiseylawoffices/
Calli Hisey Law Offices PC, Vancouver, Washington. 164 likes. Calli Hisey Law Offices PC is a boutique law firm focusing primarily on family law. The...

**Calli Hisey | Professional Profile - LinkedIn**
www.linkedin.com/in/callihisey
View Calli Hisey's professional profile on LinkedIn. LinkedIn is the world's largest business network, helping professionals like Calli Hisey discover inside ...

**Calli Hisey Attorney Arrested for Urinate/-in public**
www.callihisey.com/
Calli Hisey Attorney arrested for public urination / defecate. Licensed attorney with Joshua J. Bean PLLC. makes legal threats when public matters are involved ...

**Calli Hisey | Community Association Law Group**
calaw.attorney/team/calli-hisey/
May 10, 2015 ... ABOUT CALLI HISEY. Calli is an attorney licensed in Washington State with a focus on family law and estate planning. In dealing with family ...

**Calli L Hisey - Attorney At Law - Divorce & Family Law - 4001...**
www.yelp.com/biz/calli-l-hisey-attorney-at-law-vancouver
(360) 695-0695 · 4001 Main St Ste 323. Vancouver, WA 98663.

**Calli Hisey | Family Lawyer**
www.callihisey.org/
Calli Hisey is a family law attorney based in Vancouver WA. Learn more about her professional career, personal interests, and other topics at callihisey.org.

**H - Our Member Directory | CCBA**
www.ccbawashington.org/member-directory/H
Calli L. Hisey. Calli Hisey Law Offices PC. 1104 Main Street, Suite 212 Vancouver, WA 98660. P: (360) 695-0365 calli@callihiseylawoffices.com

**Calli Hisey Attorney arrested for public urination / defecate.**
www.bankruptreport.com/articles/calli-hisey-attorney-arrested-for-public-urination-attacks-bankruptreport-com.html
Calli Hisey Attorney arrested for public urination Attacks BankruptReport.com. Washington Attorney Calli Hisey threatens BankruptReport.com and files order of ...

Ads related to: calli hisey

**Calli at Amazon® - Official Site - amazon.com**
www.amazon.com/Calli ▾
Shop Devices, Apparel, Books, Music & More. Free Shipping on Qualified Orders.

Also Try
calli hisey arizona

1  2  3  4  5  Next                                                          136 results

Settings    Help    Suggestions    Privacy    Terms    Advertise    About ads    About this page

 **BankruptReport** *(/)*

<div style="text-align:right;">Search Key...   🔍</div>

# CALLI HISEY ATTORNEY ARRESTED FOR PUBLIC URINATION ATTACKS
## BANKRUPTREPORT.COM



Washington Attorney Calli Hisey threatens BankruptReport.com and files order of protection against suspected owner, using false statements to police, and files a complaint to the BBB using false statements and slanderous claims of illegality.

In response to Ms. Hisey's abusive, menacing, strong-arm tactics, defamatory actions, threats and general attacks on our operations, the website www.CalliHisey.com (http://www.CalliHisey.com) was created.

This article contains public and factual information only about Attorney Calli Hisey.

Bar Number: 49748
1104 main st
Vancouver, WA 98660 USA
(360) 695-0365
http://www.callihiseylawoffices.com/ (http://www.callihiseylawoffices.com/)
Calli Hisey formerly with Joshua J. Bean PLLC www.joshuabeanlaw.com (http://www.joshuabeanlaw.com)

Ms. Hisey is attempting to quash our rights. Specifically bankruptreport.com. She publicly attacks and deems us "illegal" and cites any response to that attack as a threat to her personal safety.

www.bankruptreport.com (http://www.bankruptreport.com) publishes bankruptcies, over 11 million currently. Calli Hisey threatened our operations with a false complaint to the BBB claiming the website is "illegal".

Without question, Ms. Hisey abuses her law license by attempting to strong-arm individuals and businesses into some sort of action she finds personally favorable, threatening them that she's an attorney and she will file "class action suits".

Ms. Hisey insists she will "be investigating" us, but she will find no law prohibiting our publication nor forcing it's alteration.

Ms. Hisey remains confused about what constitutes private data and what constitutes public data, as well as the authority (or lack of) that accompanies a law license in the state of Washington.

InnovativeDataSearch (http://innovativedatasearch.com), the publisher of BankruptReport.com, reserves the right to publish public data.. Such as Ms. Hisey's arrest in 2015 for public urination/ defecate, in Scottsdale, AZ.

Calli Hisey; Attorney, arrested for public urination / defecate in 2015:

DETAILS:
Calli Lynn Hisey Arrested For Public Urination / Defecate
Gender: F
Race: W
Age at arrest: 29
Charges: URINATE / DEFECATE IN PUBLIC:
Scottsdale Police Department
 Weekly Arrest Report - Public Release
Date Range: 06/07/2015-06/13/2015

06/13/2015 0233 15-13279 HISEY, CALLI LYNN W F 29 E CAMELBACK RD D2 06 MESA, AZ 85210 1412 M - 19-19A, URINATE/DEFECATE IN PUBLIC

http://callihisey.com/Scottsdale-Police-Department.rtf (http://callihisey.com/Scottsdale-Police-Department.rtf)

(Total Number Of Pages: 23)

Public streets aren't the only thing Ms. Hisey "pisses" on.  She also "pisses" on ethics, here is an example:

Ms. Hisey knowingly filed a false police report so she could request an unwarranted order of protection. This can be proven with our computer records based on the claims made associated to the content of email messages.  Then Ms. Hisey continues to contact our business operations, and specifically named as the subject of the order, frequently and abrasively.

Here is a brief summary:

1. Ms. Hisey demands alteration of our intellectual property. Informs us she will seek legal action in the form of a class-action suit if we do not comply.

2. We send a summary of our standard rights and protocol as stated on our website, as well as kindly and professionally informing her of our legal status, going so far as to specifically note that our operations have been vetted by 20 or more state Attorney's General.

3. Ms. Hisey ignores the information and again demands alteration of our site, also informs us that we have "10 days" to comply or she will instigate legal action against us in the form of a class-action suit, and that in the interim she will be investigating the status of our legality.

4. We inform her kindly that we have no intention of altering our database and she does not have to wait "10 days" to take action.

5. Ms. Hisey writes back demanding answers to a list of questions.

6. We respond that it is [None of her business].

7. Ms. Hisey submits a knowingly fabricated, erroneous falsified complaint to a public forum with the intent of damaging our reputation, even though she was never a client of Innovative Data Search, never contacted Innovative Data Search or it's subsidiary's as a consumer, nor did Innovative Data Search or it's subsidiary's solicit her in any capacity at any time.

8. Ms. Hisey makes accusations of "scam", "extortion" and "illegal" in this public form.  We create a website about her. www.callihisey.com (InnovativeDataSearch is in the process of a libel suit against Ms. Hisey for said public report).

9. We write Ms. Hisey a relatively kind response where we refer to her as "baby" and inform her that we are responding to this by filing a complaint to the appropriate legal association regarding her conduct.

10. Ms. Hisey makes a highly erroneous police report in order to secure an order of protection.

11.  Ms. Hisey writes asking us not to write and that she is scared and confused.

12. Ms. Hisey writes and requests us to respond.

13. We write her explaining that after her previous request to stop writing her, we would only communicate if she agreed to common sense arrangement that we have her permission to converse, or at least respond to her communications.

14. The temporary order of protection is served.  No more transmissions from IDS.  We have not contacted her since in any capacity.  The formal order status in never resolved or served.  Ms. Hisey is abusing the police and courts as well as her law license.

15. Ms. Hisey continues to contact us on a frequent basis even though we do not respond.

Any applicable entity with knowledge of these facts should consider immediate disciplinary action.
Keep up with the latest details here and at www.callihisey.com
See Article: www.BankruptReport.com

http://bankruptreport.com/articles/calli-hisey-attorney-arrested-for-public-urination-attacks-bankruptreport-com.html (http://bankruptreport.com/articles/calli-hisey-attorney-arrested-for-public-urination-attacks-bankruptreport-com.html)
http://www.bankruptreport.com/wa/vancouver/hisey-calli-lynn (http://www.bankruptreport.com/wa/vancouver/hisey-calli-lynn)
http://www.bankruptreport.com/il/chicago/hisey-calli-l (http://www.bankruptreport.com/il/chicago/hisey-calli-l)

Calli Hisey filed two bankruptcies in less than 24 months.
1. Chicago filed on 09/21/2012
2. Vancouver, filed on 07/03/2014.
Official court document copies below.
Calli Lynn Hisey Bankruptcy Records

Case: 2014-43695-PBS CH: 7
Filed: July 03, 2014
Discharged: October 01, 2014
Address: 7209 NE 83rd Ave Vancouver, WA 98662-3664
URL: http://www.bankruptreport.com/wa/vancouver/hisey-calli-lynn

Case: 12-37486 CH: 7
Filed: September 21, 2012
Discharged: December 28, 2012
Address: 2233 N Clifton Ave # B Chicago, IL 60614
URL: http://www.bankruptreport.com/il/chicago/hisey-calli-l
FROM PACER:

Home (/)   |   About Us (/about-us.html)   |   Term & Conditions (/term-conditions.html)   |   Privacy Policy (/privacy-policy.html)   |   Submit Fraud & Jerk (/submit-froud-jerk.html)

Copyright © 2017 Bankruptcy Report (/) All Right Reserved !

CalliHisey.com This Domain was registered based on relevance. All rights reserved.

This page is presented as a public service. Consumers Beware.

This page contains public and factual information only.
Calli Hisey, an attorney. www.callihiseylawoffices.com/ She is attempting to quash the rights of an aggregate data business to publish public records.  Not in a court case, no just for her own personal power-trip.  She publicly attacks and pronounces an entity "illegal" based on her position as an attorney, then cites any response to that proclamation a threat to her personal safety.

Then goes on to file a complaint to with the BBB which includes gross false statements and libelous claims of illegality, and again, makes additional false claims and accusations associated with the legitimate, legal and ethical response.

A libel case against Ms. Hisey for knowingly publishing damaging statements within a public forum will proceed.  Making false accusations such as "illegal", "scam", and "extortion" is a textbook example of defamation via libel.  Here is a screenshot of the libelous report, in which Ms. Hisey flat-out claims extortion, which she is painfully aware is a ridiculous defamatory claim:

 Click to Expand

*If Ms. Hisey continues to tell lies about us, we will continue to tell the truth about her.*

BankruptReport.com a division of InnovativeDataSearch / MacroClick publishes bankruptcies, over 11 million currently. It has been in operation for 6 years, it is the largest online bankruptcy database in the world.  It has been vetted by a dozen state Attorney's General, it is a valid, legal and ethical operation.  Ms. Hisey's libelous claims will not go undefended.

http://bankruptreport.com/articles/calli-hisey-attorney-arrested-for-public-urination-attacks-bankruptreport-com.html

## UPDATE:

## Formal complaint filed



*Here is a brief summary: of the complaint*

1. Ms. Hisey demands alteration of our intellectual property. Informs us she will seek legal action in the form of a class-action suit if we do not comply.

2. We send a summary of our standard rights and protocol as stated on our website, as well as kindly and professionally inform her of our legal status, going so far as to specifically note that our operations have been vetted by 20 or more state Attorney's General.

3. Ms. Hisey again demands alteration of our site, and informs us that we have "10 days" or she will instigate legal action against us in the form of a class-action suit, and that in the interim she will be investigating the status of our legality.

4. We inform her kindly that we have no intention of altering our database and she does not have to wait "10 days" to take action.

5. Ms. Hisey writes back demanding answers to a list of questions.

6. We respond that it is "None of your business".

7. Ms. Hisey submits a formal consumer complaint to the BBB, even though she was never a client of Innovative Data Search, never contacted Innovative Data Search or it's subsidiary's as a consumer, nor did Innovative Data Search or it's subsidiary's solicit her in any capacity at any time.

8. The BBB complaint is totally fabricated, erroneous and defamatory. Ms. Hisey makes accusations of "scam", "extortion" and "illegal" in this public form. We create a website about her. www.callihisey.com

9. We write Ms. Hisey and inform her that we are responding to this by filing a complaint to the appropriate legal association.

10. Ms. Hisey makes a highly erroneous police report in order to secure an order of protection.

11. Ms. Hisey writes asking us not to write and that she is scared and confused.

12. Ms. Hisey writes and requests us to respond.

13. We write her explaining that after her previous request to stop writing her, we would only communicate if she agreed to common sense arrangement that we have her permission to

converse, or at least respond to her communications.

14. The temporary order of protection is served.

15. Ms. Hisey continues to contact us on a frequent basis. The emails are deliberately abrasive and intimidating.

THIS IS OUR RESPONSE TO THOSE ATTACKS.  WE HAVE EVERY RIGHT TO PUBLISH FACTUAL

PUBLIC DATA.  SUCH AS CALLI HISEY'S ARREST IN 2015 FOR "PUBLIC URINATION/DEFECATE"



Licensed attorney with Joshua J. Bean PLLC.

Calli Hisey, Attorney arrested for "public urination /****".

**Calli Lynn Hisey**
Gender: F
Race: W
Age at arrest: 29
Charges: URINATE/***** IN PUBLIC

**SOURCE:**
Scottsdale Police Department

Weekly Arrest Report - Public Release
Date Range: 06/07/2015-06/13/2015
Total Number Of Pages: 23

**Page 19**
Date/Time DR Arrestee and Charges Race
Sex Age Arrest Location Dist Beat City of
Residence Serial #

**06/13/2015 0233**
**15-13279 HISEY, CALLI LYNN W F 29 E**
**CAMELBACK RD D2 06 MESA, AZ 85210**
**1412**
**M - 19-19A, URINATE/***** IN PUBLIC**
<u>See Full Source</u>



In Our Opinion, Calli Hisey abuses her license to practice law by attempting to strong-arm individuals and businesses into some sort of action she finds personably favorable.

**First she threatens and claims the activity is illegal.**
Calli Hisey, Attorney, claims that publishing public records is "illegal".   Ms. Hisey is attempting to force us to alter our publication and remove at least two filed bankruptcies of public record utilizing threats and strong-arm tactics citing her legal prowess as an attorney.  Documents below.

When respecfully responded to, Ms. Hisey conitnued to threaten legal action and went on to make accusations of "extortion", "scam" and "illegal" in a public forum.

When that fails, she pleas for a response then when responded to, again, in a respectful and ethical manner, Ms. Hisey attacks the response and files an order of protection and as if she's in some sort of danger. Another blatant abuse of the <u>Washington State Bar Association</u>.

The entire message thread available here.  Calli Hisey's presentation for the order of protection request is embellished and contains untruthful, non-factual, misrepresented events.  We offer the entire message thread here:

<u>Read Entire Thread</u>



Ms. Hisey then goes on to file an knowingly false, erroneous and slanderous report with the BBB, as well as files an erroneous and LAUGHABLE order of protection against who she believes to be the owner of the business she is attempting to unrightfully quash!

This not only constitutes abuse of WA Law License, but clearly constitutes libel.  She is deliberately using the influence of her license to influence and persuade specific and general entities that criminal activity is being perpetrated when in fact she has no evidence of such and is aware that non exists.

***In our opinion Calli Hisey is OUT OF CONTROL with the abuse of her law license!***

Calli Hisey Attorney; stepping in with authority she does not possess and condemnation and accusations that do not apply. Prolific abuse by this young, bankrupt, public-urinating attorney.

*Any applicable entity with knowledge of these facts should consider immediate disciplinary action.*

Articles / Documents

<u>http://bankruptreport.com/articles/calli-hisey-....ttacks-bankruptreport-com.html</u>

http://www.bankruptreport.com/wa/vancouver/hisey-calli-lynn
http://www.bankruptreport.com/il/chicago/hisey-calli-l

**Calli Hisey filed two bankruptcies in less than 24 months.**
*1. Chicago filed on 09/21/2012*
*2. Vancouver, filed on 07/03/2014*.
*Official court document copies below.*

## Calli Lynn Hisey Bankruptcy Records

*Case: 2014-43695-PBS CH: 7*
*Filed: July 03, 2014*
*Discharged: October 01, 2014*
*Address: 7209 NE 83rd Ave Vancouver, WA 98662-3664*
*URL: http://www.bankruptreport.com/wa/vancouver/hisey-calli-lynn*

*Case: 12-37486 CH: 7*
*Filed: September 21, 2012*
*Discharged: December 28, 2012*
*Address: 2233 N Clifton Ave # B Chicago, IL 60614*
*URL: http://www.bankruptreport.com/il/chicago/hisey-calli-l*

*FROM PACER:*

**14-43695-PBS** Calli Lynn Hisey
Case type: bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Paul B. Snyder
**Date filed:** 07/03/2014 **Date of last filing:** 11/10/2014
**Debtor discharged:** 10/09/2014
**Date terminated:** 10/14/2014

### Case Summary

| | |
|---|---|
| **Office:** Tacoma | **Filed:** 07/03/2014 |
| **County:** CLARK-WA | **Terminated:** 10/14/2014 |
| **Fee:** Paid | **Debtor discharged:** 10/09/2014 |
| **Origin:** 0 | **Reopened:** |
| **Previous term:** | **Converted:** |
| | **Debtor dismissed:** |
| **Joint:** n | **Confirmation hearing:** |
| **Original chapter:** 7 | |
| **Current chapter:** 7 | |

**Debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** Case Closed
**Flags:** MEANSNO, Repeat, CLOSED

**Trustee:** United States Trustee  **City:** Seattle  **Phone:** (206) 553-2000  **Email:** USTPRegion18.SE.ECF@usdoj.gov
**Trustee:** Don Thacker  **City:** La Center  **Phone:** 360 841 7093  **Email:** dat7law@gmail.com

**Party 1:** Hisey, Calli Lynn  (Debtor)
SSN / ITIN: xxx-xx-5876

**Atty:** Steven R. Lenzkes  **Represents party 1:** Debtor  **Phone:** 360-601-6284
**Email:** stevelenzkes@gmail.com

**Location of case files:**
Volume:  CS1

**12-37486** Calli L. Hisey
Case type: bk **Chapter:** 7 **Asset:** No **Vol:** v **Honorable Judge:** Janet S. Baer
**Date filed:** 09/21/2012 **Date of last filing:** 02/04/2013
**Debtor dismissed:** 01/29/2013
**Date terminated:** 02/04/2013

## Case Summary

| | |
|---|---|
| **Office:** Chicago | **Filed:** 09/21/2012 |
| **County:** COOK-IL | **Terminated:** 02/04/2013 |
| **Fee:** Paid | **Debtor discharged:** |
| **Origin:** 0 | **Reopened:** |
| **Previous term:** | **Converted:** |
| | **Debtor dismissed:** 01/29/2013 |
| **Joint:** n | **Confirmation hearing:** |
| | **341 Meeting:** |
| **Current chapter:** 7 | |

**Debtor disposition:** Dismissed for Other Reason

**Nature of debt:** consumer
**Pending status:** Case Closed
**Flags:** DebtEd, MEANSNO, DISMISSED, CLOSED

**Trustee:** Joseph A Baldi Tr **City:** Chicago **Phone:** 312-726-8150 **Fax:** 312 470-6323 **Email:** jabaldi@baldiberg.com
**Trustee:** Patrick S Layng **City:** Chicago **Phone:** 312-886-5785 **Email:** USTPRegion11.ES.ECF@usdoj.gov

**Party 1:** Hisey, Calli L. (Debtor 1)
SSN / ITIN: xxx-xx-5876

**Atty:** Kelly Smith **Represents party 1:** Debtor 1 **Phone:** 312 360-0500
**Fax:** 312 360-1033
**Email:** court@sbhpc.net

**Location of case files:**
Volume: CS1
The case file may not be available.

---

*Without question, Ms. Hisey abuses her law license by attempting to strong-arm individuals and businesses into some sort of action she finds personally favorable, threatening them that she's an attorney and she will file "class action suits".*

*Ms. Hisey insists she will "be investigating" us, but she will find no law prohibiting our publication nor forcing it's alteration.*

*Ms. Hisey remains confused about what constitutes private data and what constitutes public data, as well as the authority (or lack of) that accompanies a law license in the state of Washington.*

*Public streets aren't the only thing Ms. Hisey "pisses" on. She also "pisses" on ethics, here is an example:*

*Ms. Hisey knowingly filed a false police report so she could request an unwarranted order of protection. This can be proven with our computer records based on the claims made associated to the content of email messages. Then Ms. Hisey continues to contact our business operations with intentionally intimidating and abrasive tones.*



| | callihisey.com | Analyze |

# CALLIHISEY.COM

Callihisey.com Site Title

> *Calli Hisey Attorney Arrested for Urinate/-in public*

Callihisey.com Test Results

> **Callihisey.com Mobile Usability: 68/100**
>
> Order Website Optimization
>
> *Quick overview:*
>
> > **Use legible font sizes**
> > The following text on your page renders in a way that may be difficult for some of your visitors to read. Use legible font sizes to provide a better user experience.
> > *The following text fragments have a small font size. Increase the font size to make them more legible.*
> >
> > `She is attempt…rsonal safety.` *and 6 others render only 7 pixels tall (18 CSS pixels).*
> >
> > ...
> >
> > **Configure the viewport**
> > Your page does not have a viewport specified. This causes mobile devices to render your page as it would appear on a desktop browser, scaling it down to fit on a mobile screen. Configure a viewport to allow your page to render properly on all devices.
> >
> > **Size tap targets appropriately**
> > Some of the links/buttons on your webpage may be too small for a user to easily tap on a touchscreen. Consider making these tap targets larger to provide a better user experience.

This website uses cookies to ensure you get the best experience on our website. Learn more.    Got it.

The tap target `<a href="http://www.ban...eport-com.html">http://bankrup...eport-com.html</a>` and 2 others are close to other tap targets.

---

Callihisey.com Mobile Speed: 85/100

Quick overview:

*Optimize images*
Properly formatting and compressing images can save many bytes of data.
Optimize the following images to reduce their size by 77.4KiB (27% reduction).
  Compressing http://callihisey.com/calli_hisey_bankruptcy_93.jpg could save 17.3KiB (26% reduction).
  ...

*Leverage browser caching*
Setting an expiry date or a maximum age in the HTTP headers for static resources instructs the browser to load previously downloaded resources from local disk rather than over the network.
Leverage browser caching for the following cacheable resources:
  http://callihisey.com/calli-hisey-complaint.jpg (expiration not specified)
  ...

*Enable compression*
Compressing resources with gzip or deflate can reduce the number of bytes sent over the network.
Enable compression for the following resources to reduce their transfer size by 10.2KiB (65% reduction).
  Compressing http://callihisey.com/ could save 9.7KiB (66% reduction).
  ...

*Minify JavaScript*
Compacting JavaScript code can save many bytes of data and speed up downloading, parsing, and execution time.
Minify JavaScript for the following resources to reduce their size by 2.1KiB (24% reduction).
  Minifying http://web.chat4support.com/weboperator/operator/js/banner.js could save 2.1KiB (24% reduction) after compression.

This website uses cookies to ensure you get the best experience on our website. Learn more.    Got it.

*Similar tests*

> *www.callihisey.com*
> *www.callihisey.net*
> *www.callihisey.org*
> *www.callihisey.info*
> *www.callihisey.biz*

Last Tested:
2017-05-28 03:10:52

Retest

View Advanced Test
Results

## About Test Tool

Mobile-Friendly Test measures the performance of a page for mobile devices and desktop devices. It fetches the url twice, once with a mobile user-agent, and once with a desktop-user agent. It analyzes the content of a web page, then generates suggestions to make that page faster.

## Recently Tested

futuremaker.biz

paipa.tumblr.com

progreatbritain.co.uk

kwikfit.hu

dataedo.com

## Quick Links

Home

Contact Us

This website uses cookies to ensure you get the best experience on our website. Learn more.   Got it.

**DISTRICT COURT OF WASHINGTON**
**FOR THE COUNTY OF CLARK**

No. 17H000009

Calli Lynn Hisey    5/22/86

Petitioner (person protected),    (DOB)

vs.

Kelly Jo Ellis    5/1/64

Respondent (person restrained).    (DOB)

**ORDER FOR PROTECTION - HARASSMENT**
**(ORAH)**

Clark County District Court
1200 Franklin Street; Vancouver, WA 98660

Telephone Number: (360) 397-2424

(Clerk's action required)

---

**Warning to the Respondent**: Violation of the provisions of this order with actual notice of its terms is a criminal offense under chapter 10.14 RCW and will subject a violator to arrest. Willful disobedience of the terms of this order may also be contempt of court and subject you to penalties under chapter 7.21 RCW.

1. Full Faith and Credit: The court has jurisdiction over the parties, the minors and the subject matter. This order is issued in accordance with the Full Faith and Credit provisions of VAWA. 18 U.S.C. § 2265.

2. Notice of this hearing was served on the respondent by ☒ personal service ☐ service by publication pursuant to court order ☐ other_____.

3. Minors addressed in this order:

| Name (First, Middle Initial, Last) | Age | Race | Sex |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Based upon the petition, testimony, and case record, the court finds that the respondent committed unlawful harassment, as defined in RCW 10.14.080, and was not acting pursuant to any statutory authority, and **it is therefore ordered that**:

1) ☒ Respondent is **restrained** from making any attempts to contact petitioner and any minors named in the table above.

2) ☒ Respondent is **restrained** from making any attempts to keep under surveillance petitioner and any minors named in the table above.

3) ☒ Respondent is **restrained** from entering or being within ___300___ (feet) of petitioner's ☒ residence ☒ place of employment ☐ other:

☒ The address is confidential ☐ Petitioner waives confidentiality of the address which is:

4) ☒ Other: No contact includes electronic contact directed by Respondent to Petitioner as well as any third-party contact.

5) ☐ Judgment is granted against respondent in favor of _____ in the amount of $ _____ for costs incurred in bringing the action and $ _____ for attorneys fees.
**Notice: Petitioner, you must fill out and file a completed form WPF UH 04.0700, Judgment Summary**.
The court is granted judgment against the respondent in the amount of $_____ for administrative court costs and service fees.  A Judgment Summary, form WPF UH 04.0700, must be completed and filed.

**Surrender of Weapons**

☐ Respondent is **required** to surrender any firearm or other dangerous weapon, or any concealed pistol license to _____, by (date) _____.
Respondent is **prohibited** from obtaining or possessing a firearm or other dangerous weapon, or a concealed pistol license.

☐ See separate Surrender of Weapons order.

**It is further ordered** that the clerk of court shall forward a copy of this order on or before the next judicial day to:
☒ ____Clark_____ County Sheriff's Office
☐ _____ Police Department, **where petitioner lives** and shall enter it in a computer-based criminal intelligence system available in this state used by law enforcement to list outstanding warrants.

☐ The clerk of court ☐ petitioner shall forward a copy of this order on or before the next judicial day to:
☐ _____ County Sheriff's Office,
☐ _____ Police Department, **where respondent lives** which shall personally serve the respondent with a copy of this order and shall promptly complete and return to this court proof of service.

**Or** ☒ Petitioner has made private arrangements for service of this order.
**Or** ☐ Respondent appeared; further service is not required.

**Or** ☐ Respondent did not appear.  The restraint provisions in this order are the same as those in the temporary order.  The court is satisfied that the respondent was personally served with the temporary order.  Further service is not required.

**This Antiharassment protection order expires on** _____2/15/18_____.
If the duration of this order exceeds one year, the court finds that respondent is likely to resume unlawful harassment of the petitioner when the order expires.

**Dated** at _2/15/17   9:28a.m./p.m.__      _____
                                            ~~Judge/Court Commissioner~~

Presented by:                               I acknowledge receipt of a copy of this Order:

_____                     ___Not pres_____
Petitioner/Petitioner's lawyer    Date      Respondent               Date

_____                     _____
Print Name            WSBA No.              Print Name            WSBA No.

**Petitioner or Petitioner's Lawyer must complete a Law Enforcement Information Sheet (LEIS).**

| **DISTRICT COURT OF WASHINGTON FOR THE COUNTY OF CLARK** | NO. 17H000004 |
|---|---|

**REISSUANCE OF TEMPORARY ORDER FOR PROTECTION AND NOTICE OF HEARING**

Calli Lynn Hisey 5/22/86
Petitioner
vs. Kelly Jo Ellis 5/1/64
Respondent

(HARASSMENT) (ORRTPO)
(Clerk's Action Required)

☒ The Temporary Order for Protection issued on _1/25/17_, is hereby extended through the new court hearing date on this matter on _2/15/17_ (date), at _9:00_ am/pm at:
  Clark County District Court, 1200 Franklin Street, Second Floor, Vancouver WA 98660
☐ Other: _____

It is ordered that the clerk of the court forward a copy of this order on or before the next judicial day to
☒ **Clark County Sheriff's Office** where petitioner lives which shall enter it in a computer-based criminal intelligence system available in this state used by law enforcement to list outstanding warrants.

*set over to provide proof of service*
**Service of Order:**
☐ Respondent <u>appeared</u> and was informed of the order by the court; <u>further service is not required</u>.

☐ Petitioner shall make arrangements for personal service of this order by third party.

☐ Petitioner shall serve this order by ☐ mail ☐ certified mail / return receipt ☐ publication.

DATED _2/8/17_ at _9:18_ a.m./p.m.

_____
JUDGE/COURT COMMISSIONER

Presented by:

I acknowledge receipt of a copy of this Order.

_____  2/8/17
Petitioner           Date

_Not pres_____
Respondent           Date

REISS OF TEMP ORD FOR PROTECTION/NT HRG (HARASSMENT) (ORRTPO)- Page 1 of 1
UH-03.0300 (9/2000) - RCW 10.14.080 (3), (5)
H:\FORMS\Antiharassment\Order Reissuance of Harassment.doc

**DISTRICT COURT OF WASHINGTON**
**FOR THE COUNTY OF CLARK**

No. 17H 000004

Calli Lynn Hisey        5/22/86

Petitioner (person protected),        (DOB)

vs.

Kelly Jo Ellis        5/1/64

Respondent (person restrained).        (DOB)

**TEMPORARY PROTECTION ORDER AND**
**NOTICE OF HEARING - HARASSMENT**
**(TMORAH)**

(Clerk's action required)

**Next Hearing:** Feb. 8, 2017
9:00 a.m.

Courthouse, 1200 Franklin St Vancouver WA 98660

**Warning to the Respondent:** Violation of the provisions of this order with actual notice of its terms is a criminal offense under chapter 10.14 RCW <u>and will subject a violator to arrest</u>.  Willful disobedience of the terms of this order may also be contempt of court and subject you to penalties under chapter 7.21 RCW.

Minors addressed in this order:

| Name (First, Middle Initial, Last) | Age | Race | Sex |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Based upon the petition, testimony, and case record, the court finds that the respondent committed unlawful harassment as defined in RCW 10.14.080, and **it is therefore ordered that**:

1) ☒ Respondent is **restrained** from making any attempts to contact petitioner and any minors named in the table on page one.

2) ☒ Respondent is **restrained** from making any attempts to keep under surveillance petitioner and any minors named in the table on page one.

Temp Protection Order/Nt of Hearing - Harassment (TMORAH) – Page 1 of 2
UH-03.0200 (01/2014) CR 65(b), - RCW 10.14.080 (1), (2)

DC 2412
Rev 02/2014

3) ☒ Respondent is **restrained** from entering or being within ___300___ (feet) of petitioner's
☒ residence ☒ place of employment ☐ other:

☒ The address is confidential ☐ Petitioner waives confidentiality of the address which is:

4) ☐ Other:   No contact includes electronic contact
directed by Respondent to Petitioner as
well as any third-party contact.                                    .

**Surrender of Weapons**

☐ Respondent is ordered to surrender any firearm or other dangerous weapon in respondent's possession or
control to _____, by (date) _____.

☐ See the separate Surrender of Weapons order.

It is further ordered that the clerk of court shall forward a copy of this order on or before the next
judicial day to: ☒ _____Clark_____ County Sheriff's Office
☐ _____ Police Department **where petitioner
lives** which shall enter it in a computer-based criminal intelligence system available in this state
used by law enforcement to list outstanding warrants.
☐ The clerk of court ☐ petitioner shall forward a copy of this order on or before the next judicial day
to: ☐ _____County Sheriff's Office ☐
_____ Police Department **where
respondent lives** which shall personally serve the respondent with a copy of this order and shall
promptly complete and return to this court proof of service.
**Or** ☒ Petitioner has made private arrangements for service of this order.
**Or** ☐ Respondent appeared; further service is not required.

The respondent is directed to appear and show cause why the court should not enter an order for
protection effective for one year or more and order the relief requested by the petitioner or other relief
the court deems proper, which may include payment of costs.  **Failure to appear at the hearing or to
otherwise respond will result in the court issuing an order for protection pursuant to Chapter
10.14 RCW effective for a minimum of one year from the date of the hearing. The next hearing
date and time is shown below the caption on page one.**

**A copy of this Temporary Protection Order and Notice of Hearing has been filed with the clerk
of the court.**

This Temporary Order for Protection is effective until the next hearing date and time shown below
the caption on page one.

Dated __1/25/17__ at __9:20__ a.m./p.m.   _____
                                          **Judge/Court Commissioner**

Presented by:                             I acknowledge receipt of a copy of this Order:

_____ _1-25-17_    ___Not pres_____
Petitioner                   Date         Respondent              Date

| **Petitioner or Petitioner's Lawyer must complete a Law Enforcement Information Sheet (LEIS).** |
| --- |

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

**FILED**

JAN 05 2017

DISTRICT COURT
CLARK COUNTY, WASH.

# IN THE DISTRICT COURT OF WASHINGTON
## COUNTY OF CLARK

CALLI LYNN HISEY, an individual,

                Petitioner,

and

KELLY JO ELLIS aka KELLY ELLIS
aka JO ELLIS aka KELLY PETER
ELLIS, an individual; ~~INNOVATIVE
DATA SYSTEMS, a corporation,~~ OUT
~~BANKRUPTREPORT.COM, a
corporation, and JOHN AND JANE
DOES 1-100, fictitious persons,~~

                Respondent.

No. 17H000004

**Petition for an Order for Protection -
Harassment** (PTORAH) and **Stalking**
(PTORSTK)

---

> ➤ **This is a Petition for an Order for Protection against Harassment and/or Stalking as
> checked in the caption.**

I believe:

    I am a victim of stalking.

    The respondent has been
        - stalking the victim either in person or cyber stalking, **and**
        - repeatedly contacting the victim or attempting to contact or monitor the victim for no
    lawful purpose and his/her actions caused the victim to feel intimidated, frightened or
    threatened.

    I am a victim of unlawful harassment.

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

The respondent's actions toward the victim have seriously alarmed, annoyed or harassed the victim, or are detrimental to the victim and serve no legitimate or lawful purpose. The respondent's actions have caused substantial emotional distress to the victim or caused me to fear for the well-being of my child.

How do the victim and respondent know each other? Respondent is an online web publisher who published information about Petitioner on the Internet.

I have given a detailed explanation below.

**1. Who is the petitioner?**

My name is Calli Lynn Hisey. I am the petitioner.

I am 18 or older and I am petitioning on my own behalf.

**2. Is the respondent 18 years of age or older?**

Yes

**3. Where do the parties live?**

Petitioner lives in <u>Clark County, Washington</u>.

Did the petitioner leave their residence because of stalking conduct and that is the county of their new residence?
<u>No.</u>

Respondent lives in <u>Jasper County, Missouri</u>.

**4. Where did the Conduct take place?**

The conduct took place in <u>Clark County, Washington</u>.

- **Statement describing the victim/s need for protection from the respondent**
- Write clearly. If you need more space below, attach additional page/s. Do not write on the back.

**5. Describe what the Respondent did or said that you think is harassment or stalking.**
   - You must describe what the respondent actually said.
   - You must describe what the respondent actually did.

**The respondent has committed acts of harassment or stalking as follows:**

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

**A.** Describe the most recent incident of harassment or stalking.

Date and time (on or around): <u>December 16, 2016 through present.</u>

Location: <u>Clark County, WA.</u>

What did the respondent <u>do or say</u> that you believe to be harassing or stalking behavior?

    <u>On December 16, 2016 I emailed the creators of the website www.bankruptreport.com and asked to be removed from the website.  A day later I received a response with a bunch of legal jargon from Innovative Data Search, owned by Respondent.  Innovative Data Search owns www.bankruptreport.com.  I responded indicating my position that the website is not legal. Thereafter, a slew of threatening emails began to crowd my inbox.  Respondent threatened my law licenses and created the website: www.callihisey.com defaming me.  He then sent me another email after I asked him to stop emailing me, committing extortion.  He said he would "discuss" removing the website if I essentially waived my legal rights to file a claim against him. The website is now showing up in my Google search results.  I reported him to the Better Business Bureau on December 30, 2016.  Shortly thereafter, I received two (2) more threatening emails in retaliation for my report to the BBB.  I have not responded to any of these emails, nor have I requested he take down the website again because I am actually afraid of him and what he will do next.  His threatening emails have made me paranoid to the point where I don't even feel safe in my apartment.  I can't sleep because I am so worried about what the website will do to my professional reputation, and I am worried all day long.  The website literally never leaves my mind, and his actions have really scared me.</u>

How did the respondent make these statements? E-mail and website.

**B.** Describe other incidents of harassment or stalking.  For <u>each</u> incident, include the date, time (on or about), location, what was said, how statements were made, and what was done to a victim.

    <u>See emails attached.</u>

**6.** How did the incidents you describe above make you, the minor, or the vulnerable adult feel?

    <u>I am worried about my safety most of all.  I do not feel Respondent is mentally sound, nor is he safe.  It seems he will stop at nothing.  He is threatening me and attempting to ruin my career.  I am constantly worried about my reputation in the legal community because of the website he has created defaming me to the point where I cannot sleep at night, or focus on my daily life.</u>

**7.** Has the respondent used, displayed, or threatened to use a firearm or other dangerous weapon in a felony? Please describe:

    <u>No.</u>

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

8. Has the respondent previously committed an offense that makes him or her ineligible to possess a firearm under the provisions of RCW 9.41.040? Please describe:

> I don't know.

9. Does possession of a firearm or other dangerous weapon by the respondent present a serious and imminent threat to public health or safety, or to the health or safety of a victim? Please describe:

> Yes. I am afraid of this person.

10. Do you have any evidence of the harassment or stalking conduct other than testimony? Yes. I have attached the following evidence:

> Copy of emailed messages
> Screenshots of Google search results
> Screenshots of website www.callihisey.com
> Police Reports to Vancouver Police Department

11. Has/have the **victim/s or the respondent** ever requested or obtained protection from the other person in a restraining order, civil protection order, or criminal no-contact order? If yes, list the type of order, the name of the court and the approximate date, and whether the request was granted:

> No.

12. Is there any other litigation between the victim/s and the respondent? This includes all matters - pending or past - such as parenting plans, landlord-tenant disputes, employment disputes, or property disputes. If yes, provide case number/s if known, type of case, and name of court:

> No.

➤ **Requests**

13. **I ask the Court for an order approving the following requests for protection:**

I Request an **Order for Protection** following a hearing that will:

---

☒ **No-Contact:**  restrain the respondent from making any attempts or having any contact, including nonphysical contact, with the person/s to be protected, directly, indirectly, or through third parties regardless of whether those third parties know of the order, except for mailing of court documents.

☒ **Surveillance:**   prohibit or restrain the respondent from making any attempt to keep or from keeping the person/s to be protected under surveillance, including electronic surveillance.

---

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 4 of 6
WPF UHST-02.0200 (07/2015) – RCW 10.14.040, .800, RCW 7.92.

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

1

2    ☒ **Exclude from places**: exclude the respondent from the ☒ residence ☒ workplace
     ☐ school ☐ day care of the person/s to be protected.

3    ☒ **Stay Away**:  Prohibit or restrain the respondent from entering or being within, or from
     knowingly coming within, or knowingly remaining within 500 miles (distance) of the
4    ☒ residence  ☒ workplace ☐ school ☐ day care of the person/s to be protected.
     ☒ other locations: the homes of anyone related to or associated with Petitioner.

5    ☒ **Other**:
6    Restrain the Respondent and any of his affiliated companies from posting the website
     www.callihisey.com on the Internet, requiring Respondent to delete the website.

7
8    Restrain the Respondent from squatting on Petitioner's name in any way.

9    Restrain the Respondent and any of his affiliated companies from posting anything about
     Petitioner on the Internet.

10

11

12

13   ☐ **Evaluation**:  Order the respondent to have a ☐ mental health ☐ chemical dependency
     evaluation.
14        ☐ other:

15   ☒ **Pay Fees and Costs:** Require the respondent to pay fees and costs of this action, which
     may include administrative court costs and service fees and petitioner's costs including
     attorneys' fees.
16
17   ☐ **Surrender Firearms**:  Require the respondent to surrender any firearm or other
     dangerous weapon, or any concealed pistol license and prohibit the respondent from
     obtaining or possessing a firearm or other dangerous weapon, or a concealed pistol
18   license.

19   ☒ **Duration**: Remain effective longer than one year because respondent is likely to resume
     acts of unlawful harassment or stalking conduct against the persons to be protected if the
20   order expires in a year.

21

22

23

24

25

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 5 of 6
WPF UHST-02.0200 (07/2015) – RCW 10.14.040, .800, RCW 7.92.

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

**Emergency temporary protection (up to 14 days) until the court hearing:**

☒ An emergency exists as described below. I request that a **Temporary Protection Order** granting the relief I requested above for a no-contact, surveillance, exclude from places, or stay away order be issued immediately, without prior notice to the respondent, to be effective until the hearing.

☐ I also request a temporary surrender of a firearm or other dangerous weapon without notice to the other party because irreparable injury could result if an order is not issued until the hearing.

What irreparable harm would result if an order is not issued immediately without prior notice to the respondent?

I am an attorney and my reputation is central to my career. The information on the website www.callihisey.com is defamatory and will immediately harm my reputation if clients, employers, the public or peers see it in my search results. Once my reputation is harmed there is nothing I can do to rehabilitate myself. That inhibits my ability to maintain a job and gain clientele, not to mention the effect is has on me in the legal community.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: _January 4, 2017_ at _Vancouver_ , Washington.

_____
Petitioner

_Calli Hisey_
Calli L. Hisey

I agree to receive legal documents at this address:

4001 Main Street, Suite 323, Vancouver, WA 98663.

☒ This address is not my home address because my family, household or I would be at risk of abuse by respondent if I disclosed my home address.

# FW: Remove me

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

## Calli L. Hisey

Tue 12/20/2016 1:04 PM

To: Karen Hisey <khisey@dickhannah.com>;

Calli L. Hisey
Associate Attorney
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
P: 360.695.3695
F: 360.347.1446
chisey@joshuabeanlaw.com

**From:** Calli Hisey <chisey@joshuabeanlaw.com>
**Date:** Tuesday, December 20, 2016 at 12:10 PM
**To:** Calli Hisey <hisey.calli@gmail.com>
**Subject:** FW: Remove me

Calli L. Hisey
Associate Attorney
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
P: 360.695.3695
F: 360.347.1446
chisey@joshuabeanlaw.com

**From:** InnovativeDataSearch <data@innovativedatasearch.com>
**Date:** Tuesday, December 20, 2016 at 11:27 AM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Hi Calli,

I don't much care for your insinuations.  We are filing a formal complaint to the Washington State Bar Association (http://www.wsba.org/) concerning citing your license status in abusive threatening correspondence.

I have also registered the domain URL: CalliHisey.com to publish the correspondence and materials associated with your accusations and attempt to belittle, degrade, threaten and quash our operations, as well as our subsequent complaint to the bar.

We do not take your abusive comments, threats and connotations lightly and will respond with full legal force.  Sue us and we will counter-sue you into oblivion.

We will be happy to publish publicly this very attempt you are making to undermine our business operations.

For maintaining a law degree it's amazing how little you understand about the First Amendment or "extortion".

On 12/20/2016 11:53 AM, Calli L. Hisey wrote:

This document certified by K. Brusseau, Deputy Clerk
IDS Admin This document consists of 38
This date: 01-05-2017, 12:48

A couple of questions since you are being so responsive:

1) What is the purpose of your website?
2) Do you receive any financial benefit from your website?
3) What is your affiliation to online reputation management companies?  Explain.
4) Do you receive or remit any financial compensation from or to online reputation management companies?  Explain.
5) Do you understand the legal concept of Negligent Infliction of Emotional Distress?
6) Do you understand that extortion is a federal crime?

Thank you for your prompt replies.  It really is refreshing that your company has time to so efficiently respond to complaints, adamantly refusing liability.  Have a nice day.

Sincerely,

Calli L. Hisey
Associate Attorney
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
P: 360.695.3695
F: 360.347.1446
chisey@joshuabeanlaw.com

---

**From:** InnovativeDataSearch <data@innovativedatasearch.com>
**Date:** Monday, December 19, 2016 at 9:46 PM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Calli,

With all due respect, we have been vetted by half of the United States Attorney's General.

Your perception of our service is based in ignorance and clouded by personal interest.  The verbiage you used is offensive and will not achieve your goal of 'scaring' us into acting on your request.  We are well aware of our rights.

Your entitled to your opinion, however there is nothing wrong with our database legally *or* ethically, and you have not altered our position on that.

Challenging a publisher on the First Amendment is rarely going to achieve your goal, especially if that goal entails "unpublication".

You may forgo the "10 days" cited in your correspondence, as we will not be acquiescing to your request.

Regards,
IDS Admin

On 12/19/2016 8:43 PM, Calli L. Hisey wrote:

Hello,

The information you are posting is not available for free access to the public.  It is accessible via a paid website called Pacer.  Therefore, it is not freely available to the public, and your legal authority to broadcast this information is questionable.  I am in the process of conducting legal research regarding your position.  Should my research turn up information and case law to support my position, please be advised I will be contacting the other individuals you are publicly shaming to file a class action lawsuit.  Since you have publicly broadcast their information, it will not be hard to determine the class.

In the meantime, please consider this a cease and desist to posting about me on your website.  Should you refuse to remove the content within ten (10) days, I will proceed with whatever legal remedies are available to me.  Please feel free to contact me with questions, or if you need guidance as to the legality of your website in the face of a class action lawsuit.

Sincerely,

Calli L. Hisey
Associate Attorney

Joshua J. Bean, PLLC

4001 Main Street, Suite 300

Vancouver, WA 98663
P: 360.695.3695

F: 360.347.1446

chisey@joshuabeanlaw.com

---

**From:** InnovativeDataSearch <sales@innovativedatasearch.com>
**Date:** Saturday, December 17, 2016 at 12:32 AM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Ms. Hisey,

You will find no law prohibiting our publication nor requiring it's removal.

BankruptReport.com and their publishers, reserves the right to publish our public, legally acquired data in the form of an online searchable database.  We are not obligated to alter our database based on personal request or demand.

Please note, we do not need your permission or authorization to publish these public records.

Our website, development architecture, domain name and proprietary search technologies are either private or intellectual properties which affords us the right to our own terms of service.  No specific individuals are obligated or encouraged to participate.

The information contained on bankruptreport.com is compiled from computerized data, valid  and deemed to be public record. No warranty or guarantee is made or implied regarding the timeliness, accuracy, or completeness of the information. The data provided should not be used as a source of positive ID.  This database may not reflect updates or corrections of records. User assumes all liability for the display or use of information obtained from this site.

BankruptReport is not a "consumer reporting agency" as defined under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., as amended, and the information provided on BankruptReport.com is not collected or published in whole or in part for the purpose of furnishing "consumer reports," as defined by the FCRA. Rather, the information provided on BankruptReport.com has been obtained via private purchase by Innovative Data Search.

BankruptReport.com is not intended or expected to be used to (a) establish a consumer's eligibility for personal credit or insurance; (b) assess risks associated with existing consumer credit obligations; or (c) evaluate an individual for employment, promotion, reassignment or retention (including employment of household workers such as nannies, housekeepers, or contractors) or in conjunction with assessing the merits of entering into any other personal business transaction with another individual.  Users agree and understand that you may not and will not use BankruptReport.com for any of the aforementioned purposes.

All rights reserved.

Thank you. document certified by K. Brusseau, Deputy Clerk
IDS Admin consists of 38
This date: 01-05-2017, 12:48

On 12/16/2016 7:44 PM, Calli L. Hisey wrote:

Hello,

Please remove me from your website and consider this a cease and desist to posting my information on your website.  Please remove the content within 5 days or I will explore my legal options, as I am an attorney myself.

Thank you.

Calli L. Hisey
Associate Attorney

*Joshua J. Bean, PLLC*

*4001 Main Street, Suite 300*

*Vancouver, WA 98663*
*P: 360.695.3695*

*F: 360.347.1446*

*chisey@joshuabeanlaw.com*

--
Thank you,

# Innovative Data Search

InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com
888-518-0888 Toll Free
16192 Coastal Highway
Lewes, DE 19958

--

Thank you,

# Innovative Data Search

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com
888-518-0888 Toll Free
16192 Coastal Highway
Lewes, DE 19958

# FW: Remove me

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

Calli L. Hisey

Tue 12/20/2016 12:10 PM

To: Calli Hisey <hisey.calli@gmail.com>;

Calli L. Hisey
Associate Attorney
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
P: *360.695.3695*
F: *360.347.1446*
*chisey@joshuabeanlaw.com*

---

**From:** Calli Hisey <chisey@joshuabeanlaw.com>
**Date:** Tuesday, December 20, 2016 at 12:09 PM
**To:** InnovativeDataSearch <data@innovativedatasearch.com>
**Subject:** Re: Remove me

This has spiraled out of control, and is actually beginning to frighten me.  Please stop emailing me.  I simply asked you to remove my name from your website.

Sincerely,

Calli L. Hisey
Associate Attorney
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
P: *360.695.3695*
F: *360.347.1446*
*chisey@joshuabeanlaw.com*

---

**From:** InnovativeDataSearch <data@innovativedatasearch.com>
**Date:** Tuesday, December 20, 2016 at 11:27 AM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Hi Calli,

I don't much care for your insinuations.  We are filing a formal complaint to the Washington State Bar Association (http://www.wsba.org/) concerning citing your license status in abusive threatening correspondence.

I have also registered the domain URL: CalliHisey.com to publish the correspondence and materials associated with your accusations and attempt to belittle, degrade, threaten and quash our operations, as well as our subsequent complaint to the bar.

We do not take your abusive comments, threats and connotations lightly and will respond with full legal force.  Sue us and we will counter-sue you into oblivion.

We will be happy to publish publicly this very attempt you are making to undermine our business operations.

For maintaining a law degree it's amazing ho    tle you understand about the First Amendment    'extortion".

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

On 12/20/2016 11:53 AM, Calli L. Hisey wrote:

IDS Admin,

A couple of questions since you are being so responsive:

1) What is the purpose of your website?
2) Do you receive any financial benefit from your website?
3) What is your affiliation to online reputation management companies?  Explain.
4) Do you receive or remit any financial compensation from or to online reputation management companies?  Explain.
5) Do you understand the legal concept of Negligent Infliction of Emotional Distress?
6) Do you understand that extortion is a federal crime?

Thank you for your prompt replies.  It really is refreshing that your company has time to so efficiently respond to complaints, adamantly refusing liability.  Have a nice day.

Sincerely,

Calli L. Hisey
Associate Attorney
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
*P: 360.695.3695*
*F: 360.347.1446*
chisey@joshuabeanlaw.com

---

**From:** InnovativeDataSearch <data@innovativedatasearch.com>
**Date:** Monday, December 19, 2016 at 9:46 PM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Calli,

With all due respect, we have been vetted by half of the United States Attorney's General.

Your perception of our service is based in ignorance and clouded by personal interest.  The verbiage you used is offensive and will not achieve your goal of 'scaring' us into acting on your request.  We are well aware of our rights.

Your entitled to your opinion, however there is nothing wrong with our database legally *or* ethically, and you have not altered our position on that.

Challenging a publisher on the First Amendment is rarely going to achieve your goal, especially if that goal entails "unpublication".

You may forgo the "10 days" cited in your correspondence, as we will not be acquiescing to your request.

Regards,
IDS Admin

On 12/19/2016 8:43 PM, Calli L. Hisey wrote:

Hello,

The information you are posting is not available for free access to the public.  It is accessible via a paid website called Pacer.  Therefore, it is not freely available to the public, and your legal authority to broadcast this information is questionable.  I am in the process of conducting legal research regarding your position.  Should my

research turn up information a    ase law to support my position, please be advi·     will be contacting the other individuals you are publicly shaming to file a class action lawsuit.  Since you have publicly broadcast their information, it will not be hard to determine the class.

This document consists of 38
This date: 01-05-2017, 12:48

In the meantime, please consider this a cease and desist to posting about me on your website.  Should you refuse to remove the content within ten (10) days, I will proceed with whatever legal remedies are available to me.  Please feel free to contact me with questions, or if you need guidance as to the legality of your website in the face of a class action lawsuit.

Sincerely,

Calli L. Hisey
Associate Attorney

Joshua J. Bean, PLLC

4001 Main Street, Suite 300

Vancouver, WA 98663
P: 360.695.3695

F: 360.347.1446

chisey@joshuabeanlaw.com

---

**From:** InnovativeDataSearch <sales@innovativedatasearch.com>
**Date:** Saturday, December 17, 2016 at 12:32 AM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Ms. Hisey,

You will find no law prohibiting our publication nor requiring it's removal.

BankruptReport.com and their publishers, reserves the right to publish our public, legally acquired data in the form of an online searchable database.  We are not obligated to alter our database based on personal request or demand.

Please note, we do not need your permission or authorization to publish these public records.

Our website, development architecture, domain name and proprietary search technologies are either private or intellectual properties which affords us the right to our own terms of service.  No specific individuals are obligated or encouraged to participate.

The information contained on bankruptreport.com is compiled from computerized data, valid  and deemed to be public record.  No warranty or guarantee is made or implied regarding the timeliness, accuracy, or completeness of the information. The data provided should not be used as a source of positive ID.  This database may not reflect updates or corrections of records. User assumes all liability for the display or use of information obtained from this site.

BankruptReport is not a "consumer reporting agency" as defined under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., as amended, and the information provided on BankruptReport.com is not collected or published in whole or in part for the purpose of furnishing "consumer reports," as defined by the FCRA. Rather, the information provided on BankruptReport.com has been obtained via private purchase by Innovative Data Search.

BankruptReport.com is not intended or expected to be used to (a) establish a consumer's eligibility for personal credit or insurance; (b) assess risks associated with existing consumer credit obligations; or (c) evaluate an individual for employment, promotion, reassignment or retention (including employment of household workers such a nannies, housekeepers, or contractors) or in conjunction with assessing the merits of entering into any other

personal business transaction 𝓋    another individual.  Users agree and understan    at you may not and will not
use BankruptReport.com for any of the aforementioned purposes.

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
All rights reserved.
: 12:48

Thank you,
IDS Admin

On 12/16/2016 7:44 PM, Calli L. Hisey wrote:

Hello,

Please remove me from your website and consider this a cease and desist to posting my information
on your website.  Please remove the content within 5 days or I will explore my legal options, as I am
an attorney myself.

Thank you.

Calli L. Hisey
Associate Attorney

*Joshua J. Bean, PLLC*

*4001 Main Street, Suite 300*

*Vancouver, WA 98663*
*P: 360.695.3695*

*F: 360.347.1446*

*chisey@joshuabeanlaw.com*


--
Thank you,

# Innovative Data Search

InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com
888-518-0888 Toll Free
16192 Coastal Highway
Lewes, DE 19958


--
Thank you,

# Innovative Data Search

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com
888-518-0888 Toll Free
16192 Coastal Highway
Lewes, DE 19958

# Fw: Remove me

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

## Calli L. Hisey

Tue 12/20/2016 1:10 PM

To: Calli Hisey <hisey.calli@gmail.com>; Karen Hisey <khisey@dickhannah.com>;

Calli L. Hisey
Attorney
Joshua J. Bean, PLLC
4001 Main Street, Suite 300
Vancouver, WA 98663
P: 360.695.3695
F: 360.347.1446
chisey@joshuabeanlaw.com

**From:** InnovativeDataSearch <data@innovativedatasearch.com>
**Sent:** Tuesday, December 20, 2016 10:40 AM
**To:** Calli L. Hisey
**Subject:** Re: Remove me

this may not end up the way you are thinking, I would tread very carefully if I were you.
I feel like making a website about your ignorance and your veiled threats I believe I will create it so consumers in your area can see how you attempt to bully and abuse people with you law degree. Don't threaten me baby, or I will illustrate the power of skilled technical press and turn the tables right back at you.
I will now make a complaint to the bar about your correspondence with me.  You do not make threats like this without a response.

On 12/20/2016 11:53 AM, Calli L. Hisey wrote:

> IDS Admin,
>
> A couple of questions since you are being so responsive:
>
> 1) What is the purpose of your website?
> 2) Do you receive any financial benefit from your website?
> 3) What is your affiliation to online reputation management companies?  Explain.
> 4) Do you receive or remit any financial compensation from or to online reputation management companies?  Explain.
> 5) Do you understand the legal concept of Negligent Infliction of Emotional Distress?
> 6) Do you understand that extortion is a federal crime?
>
> Thank you for your prompt replies.  It really is refreshing that your company has time to so efficiently respond to complaints, adamantly refusing liability.  Have a nice day.
>
> Sincerely,
>
> Calli L. Hisey

Associate Attorney
Joshua J. Bean, PLLC
4001 Main Street, Suite 300
Vancouver, WA 98663
P: 360.695.3695
F: 360.347.1446
chisey@joshuabeanlaw.com

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
pages 12/19/2017, 12:48

---

**From:** InnovativeDataSearch <data@innovativedatasearch.com>
**Date:** Monday, December 19, 2016 at 9:46 PM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Calli,

With all due respect, we have been vetted by half of the United States Attorney's General.

Your perception of our service is based in ignorance and clouded by personal interest.  The verbiage you used is offensive and will not achieve your goal of 'scaring' us into acting on your request.  We are well aware of our rights.

Your entitled to your opinion, however there is nothing wrong with our database legally *or* ethically, and you have not altered our position on that.

Challenging a publisher on the First Amendment is rarely going to achieve your goal, especially if that goal entails "unpublication".

You may forgo the "10 days" cited in your correspondence, as we will not be acquiescing to your request.

Regards,
IDS Admin

On 12/19/2016 8:43 PM, Calli L. Hisey wrote:

Hello,

The information you are posting is not available for free access to the public.  It is accessible via a paid website called Pacer.  Therefore, it is not freely available to the public, and your legal authority to broadcast this information is questionable.  I am in the process of conducting legal research regarding your position.  Should my research turn up information and case law to support my position, please be advised I will be contacting the other individuals you are publicly shaming to file a class action lawsuit.  Since you have publicly broadcast their information, it will not be hard to determine the class.

In the meantime, please consider this a cease and desist to posting about me on your website.  Should you refuse to remove the content within ten (10) days, I will proceed with whatever legal remedies are available to me.  Please feel free to contact me with questions, or if you need guidance as to the legality of your website in the face of a class action lawsuit.

Sincerely,

Calli L. Hisey
Associate Attorney
Joshua J. Bean, PLLC
4001 Main Street, Suite 300

*Vancouver, WA 98663*
P: 360.695.3695
This document certified by K. Brusseau, Deputy Clerk
F: 360.347.1340 sts of 38
*chisey@joshuabeanlaw.com*

---

**From:** InnovativeDataSearch <sales@innovativedatasearch.com>
**Date:** Saturday, December 17, 2016 at 12:32 AM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Ms. Hisey,
You will find no law prohibiting our publication nor requiring it's removal.
BankruptReport.com and their publishers, reserves the right to publish our public, legally acquired
data in the form of an online searchable database. We are not obligated to alter our database based
on personal request or demand.

Please note, we do not need your permission or authorization to publish these public records.

Our website, development architecture, domain name and proprietary search technologies are
either private or intellectual properties which affords us the right to our own terms of service. No
specific individuals are obligated or encouraged to participate.

The information contained on bankruptreport.com is compiled from computerized data, valid  and
deemed to be public record. No warranty or guarantee is made or implied regarding the timeliness,
accuracy, or completeness of the information. The data provided should not be used as a source of
positive ID. This database may not reflect updates or corrections of records. User assumes all liability
for the display or use of information obtained from this site.

BankruptReport is not a "consumer reporting agency" as defined under the Fair Credit Reporting Act
("FCRA"), 15 U.S.C. § 1681 et seq., as amended, and the information provided on
BankruptReport.com is not collected or published in whole or in part for the purpose of furnishing
"consumer reports," as defined by the FCRA. Rather, the information provided on
BankruptReport.com has been obtained via private purchase by Innovative Data Search.

BankruptReport.com is not intended or expected to be used to (a) establish a consumer's eligibility
for personal credit or insurance; (b) assess risks associated with existing consumer credit obligations;
or (c) evaluate an individual for employment, promotion, reassignment or retention (including
employment of household workers such a nannies, housekeepers, or contractors) or in conjunction
with assessing the merits of entering into any other personal business transaction with another
individual. Users agree and understand that you may not and will not use BankruptReport.com for
any of the aforementioned purposes.

All rights reserved.

Thank you,
IDS Admin

On 12/16/2016 7:44 PM, Calli L. Hisey wrote:

> Hello,
>
> Please remove me from your website and consider this a cease and desist to posting my
> information on your website. Please remove the content within 5 days or I will explore
> my legal options, as I am an attorney myself.

Thank you.

This document certified by K. Brusseau, Deputy Clerk
This document ___ ___ of 38
This date ___ ___ ___

Associate Attorney

*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
*P: 360.695.3695*
*F: 360.347.1446*
*chisey@joshuabeanlaw.com*

--

Thank you,

# Innovative Data Search

InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com
888-518-0888 Toll Free
16192 Coastal Highway
Lewes, DE 19958

--

Thank you,

# Innovative Data Search

InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com
888-518-0888 Toll Free
16192 Coastal Highway
Lewes, DE 19958

Re: Please remove the w  )site you have created

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

InnovativeDataSearch <data@innovativedatasearch.com>

Thu 12/22/2016 6:28 PM

To: Calli L. Hisey <chisey@joshuabeanlaw.com>;

Ms. Hisey,

You have requested that we discontinue writing. We have and will respect that request, and are only writing this now as a response to an additional email inquiry from you delivered after that request. The records will confirm that we have only responded to your inquiries (or threats), and in no way have we attempted to contact you outside the context of responding to your transmissions.

If you would like to discuss the matter, I will need your explicit permission to write to you, or at the very least respond to your inquiries, and your confirmation that you concur that we have contacted you only in this specific capacity, as well as a full retraction your request to stop receiving communications from us, and lastly, your explicit affirmation that you are not 'scared' for your physical well being in any capacity in association with our correspondence or any of our websites or databases.

We are willing to possibly discuss the matter, but will not take any action based on correspondence received in what you have by request reduced to a unidirectional conversation.

Please note, that response time may be slow over the holiday.

Regards

On 12/20/2016 2:14 PM, Calli L. Hisey wrote:

> Please remove the website you have created. I really do not want this to carry on any further. I will not bring a lawsuit, and I will quash this
> forever. Please do not harm my professional reputation, I worked very hard for it.
>
>
> Calli L. Hisey
>
> Associate Attorney
>
> *Joshua J. Bean, PLLC*
>
> *4001 Main Street, Suite 300*
>
> *Vancouver, WA 98663*
> *P: 360.695.3695*
>
> *F: 360.347.1446*
>
> *chisey@joshuabeanlaw.com*

--

Thank you,

InnovativeDataSearch.com

InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com
888-518-0888 Toll Free
16192 Coastal Highway
Lewes, DE 19958

Certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

**Wednesday, December 28, 2016 at 10:14:45 AM Pacific Standard Time**

**Subject:** Re: Remove me

**Date:** Tuesday, December 27, 2016 at 5:49:29 PM Pacific Standard Time

**From:** InnovativeDataSearch

**To:** Calli L. Hisey

You can count on a formal complaint to the State Bar of California in return.

On 12/20/2016 11:53 AM, Calli L. Hisey wrote:

> IDS Admin,
>
> A couple of questions since you are being so responsive:
>
> 1) What is the purpose of your website?
> 2) Do you receive any financial benefit from your website?
> 3) What is your affiliation to online reputation management companies?  Explain.
> 4) Do you receive or remit any financial compensation from or to online reputation management companies?  Explain.
> 5) Do you understand the legal concept of Negligent Infliction of Emotional Distress?
> 6) Do you understand that extortion is a federal crime?
>
> Thank you for your prompt replies.  It really is refreshing that your company has time to so efficiently respond to complaints, adamantly refusing liability.  Have a nice day.
>
> Sincerely,
>
> Calli L. Hisey
> Associate Attorney
> *Joshua J. Bean, PLLC*
> *4001 Main Street, Suite 300*
> *Vancouver, WA 98663*
> P: 360.695.3695
> F: 360.347.1446
> chisey@joshuabeanlaw.com

---

**From:** InnovativeDataSearch <data@innovativedatasearch.com>
**Date:** Monday, December 19, 2016 at 9:46 PM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Calli,

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

With all due respect, we have been vetted by half of the United States Attorney's General.

Your perception of our service is based in ignorance and clouded by personal interest. The verbiage you used is offensive and will not achieve your goal of 'scaring' us into acting on your request. We are well aware of our rights.

Your entitled to your opinion, however there is nothing wrong with our database legally *or* ethically, and you have not altered our position on that.

Challenging a publisher on the First Amendment is rarely going to achieve your goal, especially if that goal entails "unpublication".

You may forgo the "10 days" cited in your correspondence, as we will not be acquiescing to your request.

Regards,
IDS Admin

On 12/19/2016 8:43 PM, Calli L. Hisey wrote:

Hello,

The information you are posting is not available for free access to the public. It is accessible via a paid website called Pacer. Therefore, it is not freely available to the public, and your legal authority to broadcast this information is questionable. I am in the process of conducting legal research regarding your position. Should my research turn up information and case law to support my position, please be advised I will be contacting the other individuals you are publicly shaming to file a class action lawsuit. Since you have publicly broadcast their information, it will not be hard to determine the class.

In the meantime, please consider this a cease and desist to posting about me on your website. Should you refuse to remove the content within ten (10) days, I will proceed with whatever legal remedies are available to me. Please feel free to contact me with questions, or if you need guidance as to the legality of your website in the face of a class action lawsuit.

Sincerely,

Calli L. Hisey
Associate Attorney
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
P: 360.695.3695
F: 360.347.1446
chisey@joshuabeanlaw.com

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

**From:** InnovativeDataSearch <sales@innovativedatasearch.com>
**Date:** Saturday, December 17, 2016 at 12:32 AM
**To:** Calli Hisey <chisey@joshuabeanlaw.com>
**Subject:** Re: Remove me

Ms. Hisey,

You will find no law prohibiting our publication nor requiring it's removal.

BankruptReport.com and their publishers, reserves the right to publish our public, legally acquired data in the form of an online searchable database.  We are not obligated to alter our database based on personal request or demand.

Please note, we do not need your permission or authorization to publish these public records.

Our website, development architecture, domain name and proprietary search technologies are either private or intellectual properties which affords us the right to our own terms of service.  No specific individuals are obligated or encouraged to participate.

The information contained on bankruptreport.com is compiled from computerized data, valid  and deemed to be public record.  No warranty or guarantee is made or implied regarding the timeliness, accuracy, or completeness of the information. The data provided should not be used as a source of positive ID.  This database may not reflect updates or corrections of records. User assumes all liability for the display or use of information obtained from this site.

BankruptReport is not a "consumer reporting agency" as defined under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., as amended, and the information provided on BankruptReport.com is not collected or published in whole or in part for the purpose of furnishing "consumer reports," as defined by the FCRA. Rather, the information provided on BankruptReport.com has been obtained via private purchase by Innovative Data Search.

BankruptReport.com is not intended or expected to be used to (a) establish a consumer's eligibility for personal credit or insurance; (b) assess risks associated with existing consumer credit obligations; or (c) evaluate an individual for employment, promotion, reassignment or retention (including employment of household workers such a nannies, housekeepers, or contractors) or in conjunction with assessing the merits of entering into any other personal business transaction with another individual.  Users agree and understand that you may not and will not use BankruptReport.com for any of the aforementioned purposes.

All rights reserved.

Thank you,
IDS Admin

On 12/16/2016 7:44 PM, Calli L. Hisey wrote:

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

Hello,

Please remove me from your website and consider this a cease and desist to posting my information on your website.  Please remove the content within 5 days or I will explore my legal options, as I am an attorney myself.

Thank you.

Calli L. Hisey
Associate Attorney
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
*P: 360.695.3695*
*F: 360.347.1446*
*chisey@joshuabeanlaw.com*

--
Thank you,

InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com
888-518-0888 Toll Free
16192 Coastal Highway
Lewes, DE 19958

--
Thank you,

InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48
**888-518-0888** Toll Free
16192 Coastal Highway
Lewes, DE 19958

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38                    **Wednesday, December 28, 2016 at 10:15:00 AM Pacific Standard Time**
This date: 01-05-2017, 12:48

**Subject:** Re: Please remove the website you have created

**Date:**   Tuesday, December 27, 2016 at 4:52:35 PM Pacific Standard Time

**From:**   InnovativeDataSearch

**To:**      Calli L. Hisey

nice complaint to the bbb.
If you believe that will HELP you get that removed, you are very ignorant.
We will never remove the website now.
You reaped what you have sewn right from your initial demand.
Happy Holidays


On 12/20/2016 2:14 PM, Calli L. Hisey wrote:

> Please remove the website you have created.  I really do not want this to carry on any further.  I will not
> bring a lawsuit, and I will quash this forever.  Please do not harm my professional reputation, I worked
> very hard for it.
>
>
> Calli L. Hisey
>
> Associate Attorney
>
> *Joshua J. Bean, PLLC*
>
> *4001 Main Street, Suite 300*
>
> *Vancouver, WA 98663*
> P: *360.695.3695*
>
> F: *360.347.1446*
>
> *chisey@joshuabeanlaw.com*



--
Thank you,




InnovativeDataSearch®
billing@innovativedatasearch.com
http://innovativedatasearch.com
888-518-0888 Toll Free
16192 Coastal Highway
Lewes, DE 19958

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 07-05-2017, 12:48

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

Google

calli hisey

All    Images    Maps    News    Videos    More              Settings    Tools

Page 2 of about 1,510 results (0.29 seconds)

**Calli Hisey Abusive Threatening Attorney**
**callihisey.com/** ▼
I'm a licensed attorney with Joshua J. Bean PLLC. I make legal threats when my public matters are involved like a bankruptcy.
You visited this page on 12/27/16.
Block callihisey.com

**Calli Hisey in Vancouver, WA - 360-773-7460 - Whitepages**
www.whitepages.com/business/**calli-hisey**-vancouver-wa-2 ▼
360-773-7460 · 4001 Main St Ste 300 · Vancouver, WA 98663-1899 ... **Calli Hisey** at 4001 Main St Ste 300, Vancouver WA 98663-1899. Call them at (360) 773-7460.
You've visited this page 2 times. Last visit: 12/16/16
Block whitepages.com

**Calli Hisey's photos - PictureThisCity**
picturethiscity.com/index.php/all-photos/myphotos/23143-**calli-hisey** ▼
... bricks975liveMusic; CRAFTfid124 975; PTC11113 975; chronic975green; Add Event · Add Place; Add Video; Upload Photos; **Calli Hisey**; Go to profile.
Block picturethiscity.com

**Calli Hisey in Phoenix, AZ | Intelius**
www.intelius.com/people/**Calli-Hisey**/Phoenix-AZ/0ca1eb9xvs ▼
1 profile found for **Calli Hisey** in Phoenix, AZ. Get profile's phone records, relatives, address history, professional, background report and more!
Block intelius.com

document certified by K. Brusseau, Deputy Clerk
document consists of 38
date: 01-05-2017, 12:48

# Calli Hisey Attorney at Law Washington State

Calli is an attorney in Southwest Washington State. She uses her law degree to try to threaten and quash public information about herself. She is a licensed attorney with Joshua J. Bean PLLC

Here is one of emails from Calli Hisey Attorney:

A couple of questions since you are being so responsive.

1) What is the purpose of your website?
2) Do you receive any financial benefit from your website?
3) What is your affiliation to online reputation management companies? Explain.
4) Do you receive or remit any financial compensation from or to online reputation management companies? Explain.
5) Do you understand the legal principal of Negligent Infliction or Emotional Distress?
6) Do you understand that extortion is a federal crime?

Thank you for your prompt replies. It really is refreshing that your company has time to do so efficiently respond to complaints as adamantly refusing liability. Have a nice day.

Calli Lynn Hisey

Sounds *like a threat to us.*

Calli believes that she can bully and strong-arm a publication into removing her public information, specifically a bankruptcy.

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

**Calli Lynn Hisey**

| | |
|---|---|
| **Case:** | 2014-43695-PBS |
| **CH:** | 7 |
| **Filed:** | July 03, 2014 |
| **Discharged:** | October 01, 2014 |
| **Address:** | 7209 NE 83rd Ave Vancouver, WA 98662-3564 |
| **URL:** | http://www.bankruptreport.com/wa/vancouver/hisey-calli-lynn |
| **Bankruptcy:** | Filed |

- See more at: http://www.bankruptreport.com/wa/vancouver/hisey-calli-lynn#sthash.9hYpkEm7.dpuf
http://www.bankruptreport.com/wa/vancouver/hisey-calli-lynn

**FROM PACER:**

14-43695-PBS Calli Lynn Hisey
Case type: bk Chapter: 7 Asset: No Vol: v Judge: Paul B. Snyder
Date filed: 07/03/2014 Date of last filing: 11/10/2014
Debtor discharged: 10/09/2014
Date terminated: 10/14/2014

## Case Summary

| | |
|---|---|
| **Office:** Tacoma | **Filed:** 07/03/2014 |
| **County:** CLARK-WA | **Terminated:** 10/14/2014 |
| **Fee:** Paid | **Debtor Discharged:** 10/09/2014 |
| **Origin:** 0 | **Convert:** |
| **Previous term:** | |
| | **Debtor dismissed:** |
| **Joint:** n | **Confirmation hearing:** |
| **Original chapter:** 7 | |
| **Current chapter:** 7 | |

Debtor disposition: Standard Discharge
Pending status: Case Closed

Nature of debt: consumer

Working.caseshowpier/egal/com.....

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

We know there is nothing illegal about publishing public data, however, Calli believes she can scare us into giving up our First Amendment Rights.

Is this the type of attorney you want defending your rights?

...not us.

the creators of this site are filing a formal complaint to the Washington State Bar Association (http://www.wsba.org/) concerning citing Calli Hisey's license status in abusive threatening correspondence.

**Response from Calli:**

This has spiraled out of control, and is actually beginning to frighten me. Please stop emailing me. I simply asked you to remove my name from your website.

Sincerely,

Calli L Hisey
Associate Attorney
Joshua I. Bean, PLLC
4001 Main Street, Suite 300
Vancouver, WA 98663
P: 360.695.3695
F: 360.347.1446
chisey@joshuabeanlaw.com

*(Classic retreat response with more accusation laced insinuation).*

1. We will be happy to stop replying to her correspondence as soon as she stops threatening our business operations and insinuating criminal activity.

2. She did not (simply ask us to remove her name). She made threats, accusations and insinuations about our operation, as well as referencing her law license as if she had special authority or privileges.

3. The only thing (spiraling out of control) is the abuse of her law license and grip on this _____. That should give potential clients of hers

12/27/2016                                    Print Report - WaClarkCountyEisSo



This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48

**This incident has been reported to the**
**Clark County Sheriff's Office**
**and is pending approval**

Clark County Sheriff's Office
707 W. 13th Street
Vancouver, WA 98660
360-397-2211

## General Information
| | |
|---|---|
| Incident Type | Telephone Harassment |
| Tracking Number | T16001833 |
| Report Date | 12/27/2016 06:23 PM |

## Reporting Person Information
| | |
|---|---|
| Name | Hisey, Calli |
| Home Address | ████████████████████ |
| Home Phone | ████████ |
| Email | HISEY.CALLI@GMAIL.COM |
| Employer Name | Joshua J. Bean PLLC |
| Work Address | 4001 Main Street, 323, Vancouver, WA 98663, US |
| Race | White |
| Ethnicity | Not Hispanic or Latino |
| Resident Status | Resident |
| Sex | Female |
| DOB | ████ |
| SSN | ████ |
| Height | ██ |
| Weight | ██ |

## Incident Information
| | |
|---|---|
| Incident Location | 12202 OLD 66TH Boulevard, CARTHAGE, MO 64836 |
| Incident Time (start) | 12/17/2016 05:55 PM |
| Incident Time (end) | 12/27/2016 05:55 PM |
| Location Type | RESIDENCE/HOME/APARTMENT |

## Narrative

Incident Description

The perpetrator's name is Kelly Ellis. I do not know him. Mr. Ellis owns and operates the company Innovative Data Search. Innovative Data Search owns the company and website: www.bankruptreport.com.

On December 16, 2016 I sent www.bankruptreport.com an email asking to be removed from their website. In return I got several threatening emails. He specifically said: "this may not turn out the way you think, I would tread lightly if I were you...don't threaten me baby, or I will ...turn the tables right back at you." After receiving this message I became very scared for my physical safety, to the point where I would not leave my apartment. I asked him to stop emailing me, yet he continued to do so.

On December 20, 2016 he created the website: www.callihisey.com which contains several defamatory statements about me and my position as a lawyer in the community. He also has disclosed my address and part of my social security number. I asked him to take down the website and told him he was frightening me. In return he sent me an email committing extortion or in the least blackmail. He said that he would "discuss" removing the website if I gave up all of my legal rights to a claim against him. I did not respond. The website is appearing in my Google search results, damaging my reputation every minute.

My reputation is my entire career. Mr. Ellis is aware of that and is maliciously and willfully using my reputation to force me to not pursue legal action when I otherwise would. He is also using it to control me into not reporting him to the police for his criminal behavior. I worry he may learn where I live and do something to me.

He needs to take the website down immediately. I would also like a restraining order,

12/27/2016

This document certified by K. Brusseau, Deputy Clerk.
This document consists of 38
This date: 01-05-2017, 12:48

Print Report - WaClarkCountyEisSo

restraining him from harassing me, posting about me online, contacting me or coming near me in any way.

I have attached the emails. If you need more from me, please give me a call. I would be happy to aid in the investigation.

Print This Report

42/28/2016

Print Report - WaClarkCountyEisSo

This document certified by K. Brusseau, Deputy Clerk
This document consists of 38
This date: 01-05-2017, 12:48



**This incident has been reported to the
Clark County Sheriff's Office
and is pending approval**

Clark County Sheriff's Office
707 W. 13th Street
Vancouver, WA 98660
360-397-2211

## General Information

| | |
|---|---|
| Incident Type | Telephone Harassment |
| Tracking Number | T16001837 |
| Original Report Number | T16001833 |
| Report Date | 12/28/2016 10:21 AM |

## Reporting Person Information

| | |
|---|---|
| Name | Hisey, Calli |
| Home Address | |
| Home Phone | |
| Email | hisey.calli@gmail.com |
| Employer Name | Joshua J. Bean PLLC |
| Work Address | 4001 Main Street, 323, Vancouver, WA 98663, US |
| Race | White |
| Ethnicity | Not Hispanic or Latino |
| Resident Status | Resident |
| Sex | Female |
| DOB | |
| SSN | |
| Height | |
| Weight | |

## Incident Information

| | |
|---|---|
| Incident Location | 12202 Old 66th Boulevard, Carthage, MO |
| Incident Time (start) | 12/27/2016 04:00 PM |
| Incident Time (end) | 12/27/2016 05:30 PM |
| Location Type | RESIDENCE/HOME/APARTMENT |

## Narrative

Incident Description

I have asked the perpetrator to stop emailing me. He has committed extortion in creating a website defaming my name and refusing to take it down unless I give up a property interest I have in a legal claim against him. I reported him to the Better Business Bureau and he began emailing me threatening emails again last night. This is causing me great distress, I can't focus at work and at night I am scared of every noise I hear. This is harassment and it's really scaring me.

Print This Report