The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WESTERN WASHINGTON

AT SEATTLE

| | |
|---|---|
| **CALLI L. HISEY,** an individual; and **CALLI HISEY LAW OFFICES PC**, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**KELLY ELLIS**, an individual; **INNOVATIVE DATA SEARCH LLC d/b/a www.BankruptReport.com**, a Delaware company; **ENOM, LLC**, a Washington company; **PRIVACY PROTECTION SERVICE INC. d/b/a PrivacyProtect.org**; **GOOGLE INC.**, a Delaware corporation; **YAHOO! INC.**, a Delaware corporation; **MICROSOFT CORPORATION**, a Washington corporation; and **JANE DOES** and **JOHN DOES** 1-10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-05543-RBL<br><br>**DECLARATION OF KELLY ELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, KELLY ELLIS, hereby declare as follows:

1. I am one of the defendants in the above-captioned case. I make this declaration based on personal knowledge and belief, and in opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

Page 1 of 9 – DECLARATION OF KELLY ELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**RES NOVA LAW**
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
Telephone: (971) 247-4023

2. I am also the founder and principal of another defendant in the above-captioned case, Innovative Data Search LLC ("IDS"), a Delaware company that provides aggregate data services. More specifically, IDS modifies aggregate data into a proprietary architecture in the form of an online database—instead of having to search multiple websites databases for particular information, IDS allows its users to search for that information within a single, comprehensive database. I began operating IDS in 2012, and officially formed IDS as a limited liability company ("LLC") in the State of Delaware on December 12, 2013.

3. Although IDS is a Delaware LLC, I have been a resident of Missouri for the entire time that I have operated IDS. Additionally, I have never visited the State of Washington for any purpose, and IDS has never sold any services to any customers in Washington.

4. IDS maintains an online database at its flagship website, located at www.BankruptReport.com ("BankruptReport.com"). BankruptReport.com aggregates publicly available bankruptcy information into a comprehensive, searchable database; and is intended as a tool for professionals in banking, finance, and related industries. BankruptReport.com currently contains over 14 million pages, and is updated regularly. Any member of the public can access and use BankruptReport.com.

5. IDS maintains a similar online database located at www.ArrestReport.com ("ArrestReport.com"), which aggregates publicly available arrest information into a comprehensive, searchable database; and is intended as a tool for professionals in legal, law enforcement, court bonds, and related industries. ArrestReport.com currently contains information about more than 21 million arrests, and is updated frequently. Any member of the public can access and use ArrestReport.com.

6. IDS's business model is based on selling targeted advertising and custom aggregate databases to its customers. Specifically, IDS sells advertising space on BankruptReport.com and ArrestReport.com, primarily to business owners and other

Page 2 of 9 – DECLARATION OF KELLY ELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

RES NOVA LAW
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
Telephone: (971) 247-4023

professionals. This advertising space provides IDS's customers with a cost-effective alternative to buying advertising space on websites such as Google, Yelp, or Facebook.

7. IDS also sells custom aggregate databases to its customers, through its website located at www.MacroClick.com ("MacroClick.com"). IDS creates these custom databases based on the demographics and geographic locations of each customer's target market. These customers can then post ads on their own custom databases, again at a lower cost per click than they would spend on, say, Google AdWords. This method is known to generate a large amount of web traffic at a much lower cost than through conventional advertising.

8. Additionally, IDS develops smartphone apps. One of these apps is a completely free-to-use and ad-free smartphone app called MugshotSearch, with a website located at www.MugshotSearchEngine.com ("MugshotSearchEngine.com"). Users can download MugshotSearch for use on both Apple and Android platforms. IDS also has other apps in various stages of development—as the company name suggests, IDS is committed to data innovation.

9. Currently, IDS generates nearly all of its revenue through its targeted advertising and custom database creation services, and does not base its business model on the removal of information from BanktruptReport.com, ArrestReport.com, MugshotSearchEngine.com, or any other website. IDS has never solicited anyone for information removal services. (IDS does, however, solicit professionals with respect to its advertising services.)

10. Because BankruptReport.com includes over 14 million pages, an individual's name could be on multiple webpages with parent directories that are all interlinked, and could be indexed by any number of search engines. As such, even removing a single record from BankruptReport.com has the potential to corrupt large sections of the database.

Page 3 of 9 – DECLARATION OF KELLY ELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

RES NOVA LAW
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
Telephone: (971) 247-4023

11. IDS is not legally obligated to remove information from its websites, but it does provide a protocol for information removal, as a courtesy. IDS will comply with reasonable requests to remove information from its websites, and does not charge a fee for this service.

12. IDS does, however, charge a nominal fee for the onerous task of removing residual bankruptcy information from search engines. To explain in further detail, even if IDS removes bankruptcy information from BankruptReport.com, any number of search engines may have indexed those pages and the bankruptcy information will still "residually" appear in search results for an individual. I am aware of a Texas law that caps fees for such removal services at $150, so in taking a cautious approach with respect to fees, IDS charges a maximum fee of $150 to remove an individual's residual bankruptcy information from search engines. However, the $150 fee barely covers the administrative time necessary for the removal, so this is not the source of IDS's revenues.

13. Likewise, IDS uses ArrestReport.com solely to sell advertising space to its customers, and does not charge any fees for removing arrest information from ArrestReport.com.

14. It has never been my intention for IDS to make its money through extortion. IDS only puts forth publicly available facts, and is not in the business of taking advantage of others. I started my first online business in 1997, and since then have always taken great care to ensure that my business practices comply with the various Internet laws. It is also important to me that IDS reflects my strong sense of integrity and personal ethics. As one example, my wife and I both strongly advocate for animal welfare, and for years we have donated advertising on BankruptReport.com to the American Society for the Prevention of Cruelty to Animals ("ASPCA"). In short, it would be against my professional and personal ethics to use IDS as an avenue for lies and extortion.

15. Despite IDS being in full compliance with the law, several individuals have filed consumer complaints about BankruptReport.com in the past. These complaints have led to

Page 4 of 9 – DECLARATION OF KELLY ELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

RES NOVA LAW
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
Telephone: (971) 247-4023

1  investigations by the Attorney General's Office of over a dozen states, including the State of Washington. However, all of these investigations have been closed due to zero evidence of BankruptReport.com engaging in unfair or deceptive trade practices. In other words, the Attorney General's Office of over a dozen states have deemed BankruptReport.com's methodology to be completely legal. As an example, a communication from the Washington Attorney General's Office is attached hereto as **Exhibit A**. These findings have reaffirmed my understanding and belief that it is lawful to aggregate publicly available bankruptcy information in online databases. (ArrestReport.com and MugshotSearchEngine.com have never been the subject of any such complaints.) Aside from the occasional consumer complaint, IDS had operated BankruptReport.com from 2012 to 2016 without disputes.

16. The present conflict arose in December 2016, as evidenced by a string of emails attached hereto as **Exhibit B**. On December 16, 2016, IDS received its first email communication ("First Email") from an attorney named Calli L. Hisey ("Hisey")—one of the plaintiffs in the current action—with the other plaintiff being Hisey's law firm, Calli Hisey Law Offices PC. In her First Email, Hisey demanded that IDS remove her information from BankruptReport.com within five (5) days, or she would explore her legal options. Hisey told IDS to consider her First Email as a "cease and desist." She also mentioned that she was an attorney in an attempt to intimidate IDS into complying with her demands.

17. On December 17, 2016, IDS responded to Hisey's First Email with a professional, polite, and informative email, noting that IDS had lawfully published publicly available information to BankruptReport.com, and that IDS was not obligated to remove that information upon her request.

Page 5 of 9 – DECLARATION OF KELLY ELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**RES NOVA LAW**
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
Telephone: (971) 247-4023

18. On December 19, 2016, Hisey responded to IDS with a second email ("Second Email"), in which she threatened to file a class action lawsuit against IDS if it did not remove her information from BankruptReport.com within ten (10) days.

19. Also on December 19, 2016, IDS responded to Hisey's Second Email with yet another professional, polite, and informative email, noting that IDS has been vetted by the Attorney General's Offices of many states. IDS also noted that it was aware of its First Amendment and other legal rights, that it would not be bullied by her, and that Hisey did not have to wait the ten (10) days to file an action against IDS.

20. On December 20, 2016, Hisey responded to IDS with a third email ("Third Email"), in which she demanded the answers to a slew of questions about IDS, IDS's business affiliations, and IDS's understanding of tort and criminal law.

21. Also on December 20, 2016, IDS responded to Hisey's Third Email, telling her it was none of her business. IDS then sent another response, stating that it would file a complaint with the Washington Bar Association.

22. Again on December 20, 2016, Hisey responded to IDS with a fourth email ("Fourth Email"), in which Hisey asked IDS to stop emailing her. IDS complied with her request to stop emailing her, and did not respond to Hisey's Fourth Email.

23. Yet again on December 20, 2016, Hisey sent IDS a fifth email ("Fifth Email"), in which Hisey asked IDS to remove her information from BankruptReport.com.

24. On December 22, 2016, IDS responded to Hisey's Fifth Email with another professional, polite, and informative email, noting that IDS was merely honoring Hisey's request not to contact her, and was possibly willing to discuss the matter if Hisey allowed communication to flow both ways, rather than unidirectionally. Hisey did not respond to this email.

25. On December 27, 2016, Hisey submitted a formal consumer complaint to the Better Business Bureau ("BBB Complaint"), even though Hisey was never a client of IDS and

RES NOVA LAW
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
Telephone: (971) 247-4023

never contacted IDS as a consumer. IDS had also never solicited Hisey in any capacity. Hisey's BBB Report contained false, defamatory information, using the words "extortion," "illegal," and "scam" to describe IDS. The BBB Complaint is attached hereto as **Exhibit C.**

26. On December 27, 2016, after receiving notice of the BBB Complaint, IDS emailed an additional response to Hisey's Fifth Email, telling Hisey she could expect a formal complaint to the State Bar. IDS then emailed another additional response to Hisey's Fifth Email, adding that because of Hisey's BBB Complaint, IDS would never remove her information from BankruptReport.com.

27. After IDS's December 27, 2016 emails, Hisey filed a false police report for the purpose of securing an order of protection against IDS, in which Hisey presented emails between IDS and Hisey that were out of order, a timeline of events that was also out of order, and omitted information that would have provided full context regarding the situation.

28. It was not until after Hisey's erroneous BBB Complaint and falsified police report that I felt compelled to use the domain name www.CalliHisey.com ("CalliHisey.com") to set forth the context and facts relating to the present dispute between Hisey and IDS. My sole reason for publishing this information on CalliHisey.com was to defend myself and my company from Hisey's defamatory allegations, and to promote truth in the midst of Hisey's lies. I never made any false representations on CalliHisey.com, nor did I attempt to pass off CalliHisey.com as written or endorsed by Hisey herself. I am frustrated by the fact that I even had to create this website to defend IDS from Hisey's lies and attacks.

29. After filing the false police report, Hisey sent IDS an additional seven (7) emails—on May 9, 2017; May 21, 2017; May 23, 2017; May 24, 2017; May 25, 2017; May 28, 2017; and May 29, 2017. IDS did not respond to any of these emails.

30. On July 16, 2017, Hisey commenced the present action.

Page 7 of 9 – DECLARATION OF KELLY ELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

RES NOVA LAW
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
Telephone: (971) 247-4023

31. On July 19, 2017, Hisey started emailing IDS again.

32. On August 1, 2017, IDS submitted an offer to Hisey to resolve this dispute, which she did not accept.

33. Throughout all of IDS's communications with Hisey, IDS never once demanded any money from Hisey in exchange for removing her information from our websites. IDS merely published public information about Hisey and refused to remove the information because Hisey did not act reasonably when she resorted to unfounded accusations, threats, and bullying. Had Hisey gone through the proper channels in the first place, IDS would have removed her information from BankruptReport.com within 48 hours (as is standard practice when anyone makes a reasonable request for information removal).

34. IDS has lost a significant amount of money as a direct result of Hisey's actions and false accusations against IDS. A number of IDS customers have pulled their advertisements off of IDS's two main websites, BankruptReport.com and ArrestReport.com, since this conflict has been evidenced online (starting with the BBB Complaint). For the same reasons, it has been extremely difficult to sell our services to potential new customers, and IDS has stopped soliciting any potential new customers as a result of Hisey's defamatory statements about the company.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 10th day of August 2017.

Page 8 of 9 – DECLARATION OF KELLY ELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

RES NOVA LAW
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
Telephone: (971) 247-4023

1
                                     By:   *s/ Kelly Ellis*

2
                                           Kelly Ellis
                                           Principal of Innovative Data Search LLC

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 9 of 9 – DECLARATION OF KELLY ELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**RES NOVA LAW**
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
Telephone: (971) 247-4023

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, I have made service of the foregoing DECLARATION OF KELLY ELLIS OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION on the party listed below, by hand delivery.

**Calli L. Hisey, WSBA No. 49748**
Calli Hisey Law Offices PC
1104 Main Street, Suite 212
Vancouver, WA 98660
Phone: (360) 695-0365
Email: calli@callihiseylawoffices.com

DATED this 10th day of August 2017.

By: *s/Susan Ford*
**Susan Ford, WSBA No. 28015**
Res Nova Law
1455 NW Irving Street, Suite 200
Portland, OR 97209
Ph: (971) 247-4023
Fax: (971) 339-0401
susan@resnovalaw.com

Attorney for Defendants Kelly Ellis and Innovative Data Search LLC

| | |
|---|---|
| Subject: | 440457 : A notice from the Washington State Attorney General's Office |
| Date: | 4 Dec 2013 08:05:54 -0800 |
| From: | ATG MI Seattle CRC (ATGDBOLYPRD06) <SeaCRC@atg.wa.gov> |
| Reply-To: | SeaCRC@atg.wa.gov |
| To: | admin@bankruptreport.com |

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-6686

December 4, 2013

Bankruptreport.com

RE:   Praveen Rajasekhar
File #:   440457

Dear Bankruptreport.com:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Praveen Rajasekhar regarding your business. This concludes our informal complaint resolution process. This consumer complaint has been closed accordingly. We have provided a copy of your response to Praveen Rajasekhar.

Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.
Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

We appreciate your participation in this process.


NATALIYA MUZYKA
Program Coordinator
Consumer Protection Division
(206) 389-3850
Fax: (206) 587-5636

seacrc@atg.wa.gov

| Back | www.callihisey.com | | **EXHIBIT B** |

```
Return-Path: <chisey@joshuabeanlaw.com>
Delivered-To: data@server.editrep.com
Received: from server.editrep.com
        by server.editrep.com (Dovecot) with LMTP id P+MyMJqYVFhcdgAAy2/a7g
        for <data@server.editrep.com>; Fri, 16 Dec 2016 20:44:59 -0500
Return-path: <chisey@joshuabeanlaw.com>
Envelope-to: admin@innovativedatasearch.com
Delivery-date: Fri, 16 Dec 2016 20:44:59 -0500
```

Hello,

Please remove me from your website and consider this a cease and desist to posting my information on your website. Please remove the content within 5 days or I will ex

Thank you.

Calli L. Hisey
Associate Attorney
Joshua J. Bean, PLLC
4001 Main Street, Suite 300
Vancouver, WA 98663
P: 360.695.3695
F: 360.347.1446
chisey@joshuabeanlaw.com

**Response:**

Ms. Hisey,

You will find no law prohibiting our publication nor requiring it's removal.

BankruptReport.com and their publishers, reserves the right to publish our public, legally acquired data in the form of an online searchable database. We are not obliga

Please note, we do not need your permission or authorization to publish these public records.

Our website, development architecture, domain name and proprietary search technologies are either private or intellectual properties which affords us the right to our o

The information contained on bankruptreport.com is compiled from computerized data, valid and deemed to be public record. No warranty or guarantee is made or imp
may not reflect updates or corrections of records. User assumes all liability for the display or use of information obtained from this site.

BankruptReport is not a "consumer reporting agency" as defined under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., as amended, and the informa
FCRA. Rather, the information provided on BankruptReport.com has been obtained via private purchase by Innovative Data Search.

BankruptReport.com is not intended or expected to be used to (a) establish a consumer's eligibility for personal credit or insurance; (b) assess risks associated with exis
workers such a nannies, housekeepers, or contractors) or in conjunction with assessing the merits of entering into any other personal business transaction with another

All rights reserved.

Thank you,
IDS Admin

---

```
Return-Path: <chisey@joshuabeanlaw.com>
Delivered-To: data@server.editrep.com
Received: from server.editrep.com
        by server.editrep.com (Dovecot) with LMTP id WWu9AfuaWFi4JAAAy2/a7g
        for <data@server.editrep.com>; Mon, 19 Dec 2016 21:44:11 -0500
Return-path: <chisey@joshuabeanlaw.com>
Envelope-to: sales@innovativedatasearch.com
Delivery-date: Mon, 19 Dec 2016 21:44:11 -0500
```

Hello,

The information you are posting is not available for free access to the public. It is accessible via a paid website called Pacer. Therefore, it is not freely available to the p
my research turn up information and case law to support my position, please be advised I will be contacting the other individuals you are publicly shaming to file a class

In the meantime, please consider this a cease and desist to posting about me on your website. Should you refuse to remove the content within ten (10) days, I will procee
face of a class action lawsuit.

Sincerely,

Calli L. Hisey
Associate Attorney
Joshua J. Bean, PLLC
4001 Main Street, Suite 300
Vancouver, WA 98663
P: 360.695.3695
F: 360.347.1446
chisey@joshuabeanlaw.com

**Response:**

Calli,

With all due respect, we have been vetted by half of the United States Attorney's General.

Your perception of our service is based in ignorance and clouded by personal interest. The verbiage you used is offensive and will not achieve your goal of 'scaring' us i

Your entitled to your opinion, however there is nothing wrong with our database legally or ethically, and you have not altered our position on that.

Challenging a publisher on the First Amendment is rarely going to achieve your goal, especially if that goal entails "unpublication".

You may forgo the "10 days" cited in your correspondence, as we will not be acquiescing to your request.

Regards,
IDS Admin

---

```
Return-Path: <chisey@joshuabeanlaw.com>
Delivered-To: data@server.editrep.com
Received: from server.editrep.com
        by server.editrep.com (Dovecot) with LMTP id UTzLFkNwWVgBUQAAy2/a7g
        for <data@server.editrep.com>; Tue, 20 Dec 2016 12:54:11 -0500
```

IDS Admin,

A couple of questions since you are being so responsive:

1) What is the purpose of your website?
2) Do you receive any financial benefit from your website?
3) What is your affiliation to online reputation management companies?  Explain.
4) Do you receive or remit any financial compensation from or to online reputation management companies?  Explain.
5) Do you understand the legal concept of Negligent Infliction of Emotional Distress?
6) Do you understand that extortion is a federal crime?
Thank you for your prompt replies.  It really is refreshing that your company has time to so efficiently respond to complaints, adamantly refusing liability.  Have a nice da
Sincerely,

*Calli L. Hisey*
*Associate Attorney*
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
*P: 360.695.3695*
*F: 360.347.1446*
*chisey@joshuabeanlaw.com*

**Response:**

none of your business!

**Additional Response:**

this may not end up the way you are thinking, I would tread very carefully if I were you.
I feel like making a website about your ignorance and your veiled threats I believe I will create it so consumers in your area can see how you attempt to bully and abuse
I will now make a complaint to the bar about your correspondence with me. You do not make threats like this without a response.

---

```
Return-Path: <chisey@joshuabeanlaw.com>
Delivered-To: data@server.editrep.com
Received: from server.editrep.com
        by server.editrep.com (Dovecot) with LMTP id hiSlBSKQWVg4RQAAy2/a7g
        for <data@server.editrep.com>; Tue, 20 Dec 2016 15:10:10 -0500
```

This has spiraled out of control, and is actually beginning to frighten me.  Please stop emailing me.  I simply asked you to remove my name from your website.

Sincerely,

*Calli L. Hisey*
*Associate Attorney*
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
*P: 360.695.3695*
*F: 360.347.1446*
*chisey@joshuabeanlaw.com*

**No Response:**

.

---

```
Delivered-To: marcmcee@gmail.com
Received: by 10.50.121.101 with SMTP id lj5csp1683467igb;
        Tue, 20 Dec 2016 12:14:19 -0800 (PST)
X-Received: by 10.55.64.79 with SMTP id n76mr1313717qka.178.1482264859054;
        Tue, 20 Dec 2016 12:14:19 -0800 (PST)
Return-Path: <chisey@joshuabeanlaw.com>
```

Please remove the website you have created.  I really do not want this to carry on any further.  I will not bring a lawsuit, and I will quash this forever.  Please do not harm

*Calli L. Hisey*
*Associate Attorney*
*Joshua J. Bean, PLLC*
*4001 Main Street, Suite 300*
*Vancouver, WA 98663*
*P:* 360.695.3695
*F:* 360.347.1446
chisey@joshuabeanlaw.com

**EXHIBIT B**

***Response:***

Ms. Hisey,

You have requested that we discontinue writing. We have and will respect that request, and are only writing this now as a response to an additional email inquiry from y
you outside the context of responding to your transmissions.

If you would like to discuss the matter, I will need your explicit permission to write to you, or at the very least respond to your inquiries, and your confirmation that you
your explicit affirmation that you are not 'scared' for your physical well being in any capacity in association with our correspondence or any of our websites or database

We are willing to possibly discuss the matter, but will not take any action based on correspondence received in what you have by request reduced to a unidirectional conv

Please note, that response time may be slow over the holiday.

Regards

***Additional Response: (after a BBB complaint claiming illegal activity)***

You can count on a formal complaint to the State Bar of California in return.
.

***Additional Response: (after a BBB complaint claiming illegal activity)***

You can count on a formal complaint to the State Bar of California in return.nice complaint to the bbb.
If you believe that will HELP you get that removed, you are very ignorant.
We will never remove the website now.
You reaped what you have sewn right from your initial demand.
Happy Holidays.

She then filed an order of protection and sent an additional 7 emails with no reponse:

**Subject:** Website
   **Date:** Tue, 9 May 2017 13:43:42 -0700
   **From:** Calli Hisey <hisey.calli@gmail.com>
      **To:** data@innovativedatasearch.com

Hello,

I am contacting you about the website www.callihisey.com that you created in February. I have asked you to take this website down, but you refuse and I'm not sure why.

Calli

**Subject:** Re: Website
   **Date:** Sun, 21 May 2017 15:01:48 -0700
   **From:** Calli Hisey <hisey.calli@gmail.com>
      **To:** data@innovativedatasearch.com

Hi Kelly,

What can I do to get you to take down the website you created about me?

(She could start by not threatening our existence, threatening us with a class action suit, and making erroneous, unsubstantiated claims about our business)

**Subject:** Re: Website
   **Date:** Tue, 23 May 2017 09:20:58 -0700
   **From:** Calli Hisey <hisey.calli@gmail.com>
      **To:** data@innovativedatasearch.com

Hi Kelly!

What can I do to get you to remove the website you created about me and return my URL?

Thanks!

*(She could APOLOGIZE, admit error, and RETRACT the libelous BBB Review)* **EXHIBIT B**

---

**Subject:** Re: Website
    **Date:** Wed, 24 May 2017 14:45:00 -0700
  **From:** Calli Hisey <hisey.calli@gmail.com>
      **To:** data@innovativedatasearch.com
      **CC:** admin@aiminvestigations.com

Hi Kelly!!

What can I do today to get you to remove the website you created about me? And also to return the URL you are holding that is my name? Thanks, look so forward to hea

Calli

*(Obviously attempting to goad the recipient whom she believes has been served an order of protection)*

---

**Subject:** Re: Website
    **Date:** Thu, 25 May 2017 06:00:44 -0700
  **From:** Calli Hisey <hisey.calli@gmail.com>
      **To:** data@innovativedatasearch.com
      **CC:** admin@aiminvestigations.com

Good morning Kelly Ellis!

What can I do to get you to remove the website you created about me in December, using my name for the URL?

All the best!

Calli

---

**Subject:** callihisey.com
    **Date:** Sun, 28 May 2017 12:22:50 -0600
  **From:** Calli Hisey <hisey.calli@gmail.com>
      **To:** data@innovativedatasearch.com

```
Hi Kelly!!

What can I possibly do for you today to get you to remove the website you have created posting false information about me? I'm happy you ar

Thanks!
```

As you see, there was no response from any party at InnovativeDataSearch, until she proceeded to serve the erroneous defamatory injunction which will be tossed.
[Back]  www.callihisey.com

**EXHIBIT C**

