**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CALLI L. HISEY, an individual; and CALLI HISEY LAW OFFICES PC, a Washington corporation, | No. 3:17-CV-05543-RBL |
| Plaintiffs, | |
| vs. | PLAINTIFFS' MOTION TO SEAL MEDICAL DOCUMENTS |
| KELLY ELLIS, an individual; INNOVATIVE DATA SEARCH LLC dba www.bankruptreport.com, a Delaware corporation; ENOM, LLC, a Washington corporation; PRIVACY PROTECTION SERVICE INC d/b/a PrivacyProtect.org; and JANE DOES and JOHN DOES 1-10, inclusive, | |
| | CLERK'S ACTION REQUIRED. |
| Defendants. | |

**MOTION TO SEAL MEDICAL DOCUMENTS**

COMES NOW, Plaintiffs, CALLI L. HISEY and CALLI HISEY LAW OFFICES PC (hereinafter "Plaintiffs"), and moves the Court pursuant to LCR 5(g) for an order to seal medical documents.

Plaintiff CALLI L. HISEY must file documents containing confidential medical

PLAINTIFFS' MOTION TO SEAL MEDICAL DOCUMENTS

p. **1** of **2**

CALLI HISEY LAW OFFICES PC
1104 Main St., Suite 212
Vancouver, WA 98660
p: 360.695.0365
e: calli@callihiseylawoffices.com

1  information to support her Motion for Temporary Restraining Order and Preliminary Injunction to

2  be heard August 31, 2017.  Such documents are confidential and contain highly sensitive medical

3  information that should not be publicly available.  Plaintiff did not have time to confer with

4  Defendant Ellis and IDS regarding the filing of these documents under seal because her work

5  schedule only allows her to work on documents for this case during off-work hours and she did

6  not have time to speak with Ellis' and IDS' attorney prior to the hearing, and filing of this motion.

7      For the reasons set forth herein, the Plaintiffs respectfully request that the Court enter an

8  order to seal the medical documents filed herewith.

 

Dated, this 30th day of August, 2017.

_____
CALLI L. HISEY

PLAINTIFFS' MOTION TO SEAL
MEDICAL DOCUMENTS

p. **2** of **2**

CALLI HISEY LAW OFFICES PC
1104 Main St., Suite 212
Vancouver, WA 98660
p: 360.695.0365
e: calli@callihiseylawoffices.com