HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALLI L HISEY,<br><br>    Plaintiff,<br><br> v.<br><br>KELLY ELLIS, et al.,<br><br>    Defendants. | CASE NO. C17-5543RBL<br><br>ORDER GRANTING PRELIMINARY INJUNCTION PENDING TRIAL |

  THIS MATTER is before the Court on Plaintiff Hisey's Motion for a Preliminary Injunction [Dkt. #6] against Defendants Kelly Ellis and Innovative Data Search LLC, dba bankruptreport.com, among others. The Court has reviewed the record and heard oral argument.

  To obtain a preliminary injunction, the moving party must show: (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm to the moving party in the absence of preliminary relief; (3) that a balance of equities tips in the favor of the moving party; and (4) that an injunction is in the public interest. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

  Traditionally, injunctive relief was also appropriate under an alternative "sliding scale" test. *The Lands Council v. McNair*, 537 F.3d 981, 987 (9th Cir. 2008). However, the Ninth

Circuit overruled this standard in keeping with the Supreme Court's decision in *Winter*. *See American Trucking Ass'ns Inc. v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009) ("[t]o the extent that our cases have suggested a lesser standard, they are no longer controlling, or even viable").

Hisey has established each of these factors supporting a Preliminary Injunction against Defendants Kelly Ellis and Innovative Data Search LLC, dba bankruptreport.com, pending trial on her claims against them. The Motion for a Preliminary Injunction is GRANTED, and these defendants are ENJOINED as follows:

> 1. Defendants Kelly Ellis and Innovative Data Search LLC, dba bankruptreport.com are ordered to stop posting and broadcasting false, defamatory and malicious information about and depiction of the Plaintiffs' name, professional career and business.
>
> 2. Defendants Kelly Ellis and Innovative Data Search LLC, dba bankruptreport.com are ordered to take down (and are ordered not to reinstate or otherwise make accessible) the following websites: www.callihisey.com, https://callihisey.com.cutestat.com/, http://www.bankruptreport.com/articles/calli-hisey-attorney-arrested-for-public-urination-attacks-bankruptreport-com.html, http://minify.mobi/results/callihisey.com, https://dailyglib.com/washington-attorney-calli-hisey-previously-arrested-on-public-urination-charges/.
>
> 3. Defendants Kelly Ellis and Innovative Data Search LLC, dba bankruptreport.com are ordered to stop using Plaintiffs' claimed trademarks in Calli Hisey, Calli L. Hisey, Calli Lynn Hisey, and Calli Hisey Law Offices PC in any way via online platforms or avenues or otherwise.

The purpose of this preliminary injunction is to preserve the status quo as of today, August 31, 2107, pending trial. This order is intended to put into effect the proposed stipulated preliminary injunction offered by Defendants' counsel at oral argument and in her briefing, despite the fact that no such stipulation was entered.

1    Hisey has already posted a bond in the amount of $1000 under Fed. R. Civ. P. 65(c) in

2 connection with the TRO, and that bond will suffice for this Preliminary Injunction. The Clerk

3 will issue an order determining pretrial deadlines and a trial date.

4    IT IS SO ORDERED.

5    Dated this 31st day of August, 2017.

_____
Ronald B. Leighton
United States District Judge