The Honorable Ronald B. Leighton

1

2

3

4

5

6

7

8

9

10

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WESTERN WASHINGTON

## AT TACOMA

11   CALLI L. HISEY, an individual; and CALLI
HISEY LAW OFFICES PC, a Washington
12   corporation,

13              Plaintiffs,

14         v.

15   KELLY ELLIS, an individual; INNOVATIVE
DATA SEARCH LLC d/b/a
16   www.BankruptReport.com, a Delaware company,
ENOM, LLC, a Washington corporation;
17   PRIVACY PROTECTION SERVICE INC.
d/b/a PrivacyProtect.org; GOOGLE INC., a
18   Delaware corporation; YAHOO! INC., a Delaware
corporation; MICROSOFT CORPORATION, a
19   Washington corporation; and JANE DOES and
JOHN DOES 1-10, inclusive,
20

21              Defendants.

22

Case No. 3:17-cv-05543-RBL

**DEFENDANTS' UNOPPOSED
MOTION TO SEAL RECORDS**

**NOTE ON MOTION CALENDAR:
11/3/2017**

23                         <u>**LCR 5(g) CERTIFICATION**</u>

24         Defendants met and conferred with Plaintiffs in an attempt to reach an agreement on

25   the need to file the  documents described below under seal on October 18, 2017 by sending the

26

**RES NOVA LAW**
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
**Telephone:** (971) 247-4023

draft Declaration and sealed exhibits in an email to Plaintiff Calli L. Hisey. Plaintiffs do not oppose Defendants' filing of this Motion.

## <u>MOTION</u>

COMES NOW, Defendants Kelly Ellis and Innovative Data Search LLC ("Defendants"), and move the Court pursuant to LCR 5(g) for an Order to seal records.

Defendants seek to file records containing information to be attached as exhibits to the Declaration of Susan Ford ("Ford Declaration") in Support of Defendants' Surreply Memorandum in Opposition to Plaintiffs' Special Motion to Strike and Motion to Dismiss.

Defendants make this motion in an attempt to avoid further motions practice or requests for sanctions regarding the content of the records. However, in asking this Court to seal these records, Defendants do not concede that publicly available records should be sealed from public view, nor do Defendants waive any claims or defenses hereby. In fact, Defendants request that, pursuant to Federal Rule of Evidence 201, this Court take judicial notice of these records and provide the necessary information for the Court to do so in the exhibits to the Ford Declaration.

///

///

///

///

///

///

///

///

///

///

///

**RES NOVA LAW**
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
**Telephone:** (971) 247-4023

1    For the reasons set forth herein, Defendants respectfully request that the Court enter an

2    Order to seal the records of Plaintiff Calli L. Hisey filed herewith.

3    DATED this 20th day of October 2017.

4                                                    Respectfully submitted,

5                                                    RES NOVA LAW

6
                                                     By:   *s/ Susan Ford*
7                                                    _____
                                                     **Susan Ford, WSBA No. 28015**
8                                                    Res Nova Law
                                                     1455 NW Irving Street, Suite 200
9                                                    Portland, OR 97209
                                                     Ph: (971) 247-4023
10                                                   Fax: (971) 339-0401
                                                     susan@resnovalaw.com
11

12                                                   Attorney for Defendants Kelly Ellis and
                                                     Innovative Data Search LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

**RES NOVA LAW**
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
**Telephone:** (971) 247-4023

1

**ATTORNEY CERTIFICATE OF SERVICE**

2        I hereby certify that on October 20 2017, I electronically filed the foregoing

3    DEFENDANTS' UNOPPOSED MOTION TO SEAL RECORDS with the Clerk of the Court

4    using the CM-ECF system sending notification of such filing to the attorneys of record who

5    are registered as such on the CM-ECF system.

6

7        DATED this 20th day of October 2017.

8                              Respectfully submitted,

9                              RES NOVA LAW

10

11                            By:   *s/ Susan Ford*
                                    _____
12                                  **Susan Ford, WSBA No. 28015**
                                    Res Nova Law
13                                  1455 NW Irving Street, Suite 200
                                    Portland, OR 97209
14                                  Ph: (971) 247-4023
                                    Fax: (971) 339-0401
15                                  susan@resnovalaw.com

16                                  Attorney for Defendants Kelly Ellis and
                                    Innovative Data Search LLC
17

18

19

20

21

22

23

24

25

26

Page 1 of 1 – CERTIFICATE OF SERVICE

**RES NOVA LAW**
1455 NW IRVING STREET, SUITE 200
PORTLAND, OR 97209
**Telephone:** (971) 247-4023