# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CALLI L. HISEY, an individual; and CALLI HISEY LAW OFFICES PC, a Washington corporation,<br><br>Plaintiffs,<br>vs.<br><br>KELLY ELLIS, an individual; INNOVATIVE DATA SEARCH LLC dba www.bankruptreport.com, a Delaware corporation; ENOM, LLC, a Washington corporation; PRIVACY PROTECTION SERVICE INC d/b/a PrivacyProtect.org; and JANE DOES and JOHN DOES 1-10, inclusive,<br><br>Defendants. | No. 3:17-CV-05543-RBL<br><br><br><br><br>PROPOSED ORDER ON PLAINTIFFS' MOTION TO SEAL |

Upon Plaintiffs' motion to seal filed with the Court on October 23, 2017, the Court having considered the pleadings filed herein,

the Court FINDS that:

1. The documents filed with this Court on October 20, 2017 as Dkt. No. 83 contain

   information concerning Plaintiff Calli L. Hisey that presents privacy concerns that will

ORDER ON PLAINTIFFS' MOTION TO SEAL    p. **1** of 3    CALLI HISEY LAW OFFICES PC
1104 Main St., Suite 212
Vancouver, WA 98660
p: 360.695.0365
e: calli@callihiseylawoffices.com

prejudice Plaintiffs if disclosed publicly.

2. Sealing of the information is thereby permitted by statute.

3. Sealing of the information is justified by compelling privacy concerns that outweigh the public interest in access to information in the Sealed Data.

4. Redaction of the Sealed Data will suffice to protect the information from disclosure.

According, it is hereby ORDERED, ADJUDGE AND DECREED that:

1. The Clerk of the Court shall seal Document No. 83 filed with the Court on October 20, 2017.

2. The Clerk of the Court is directed to file this Order to Seal Records effective this date, being the date the Order to Seal Records is signed by the Court.

3. Access to the sealed document is limited to the respective parties to this proceeding; their counsel of record, and any such other individuals as the parties to this proceeding may mutually agree, or the Court may designate to be allowed access to the same.

4. Access to the sealed record is available only in the Clerk's Office.

5. In the event of an application for the opening of the sealed document, a hearing shall be noted and notice shall be given to the parties, or their counsel if represented.

6. Plaintiffs shall file the redacted copy of Document No. 83 publicly.

**Ordered.**

DATED this 7th day of November, 2017.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ON PLAINTIFFS' MOTION TO SEAL   p. **2** of 3   CALLI HISEY LAW OFFICES PC
1104 Main St., Suite 212
Vancouver, WA 98660
p: 360.695.0365
e: calli@callihiseylawoffices.com

1  Presented By:

2  Dated, this 21st day of October, 2017

3

4  _____
5  CALLI L. HISEY          WSBA # 49748
   Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER ON PLAINTIFFS' MOTION TO SEAL

p. **3** of **3**

CALLI HISEY LAW OFFICES PC
1104 Main St., Suite 212
Vancouver, WA 98660
p: 360.695.0365
e: calli@callihiseylawoffices.com

