HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALLI L. HISEY, et al.,

    Plaintiffs,

  v.

KELLY ELLIS, et al.,

    Defendants.

CASE NO. C17-5543RBL

ORDER

THIS MATTER is before the Court on Defendants Ellis and Innovative Data Search LLCs' "Proposed Motion to Dismiss" [Dkt. #99], Second Motion to Dismiss [Dkt. #100], and a "Reply" to their attorneys' motion to withdraw, which has already been granted. The latter document suggests that Plaintiff Hisey has closed her law office and that Defendants cannot locate her to discuss the case (it does not have anything to do with the attorney's motion to withdraw).

The Motions to dismiss are based on Defendants claim that it is Hisey who is the bully, not them, and the bald claim that Hisey is lying to the Court and wasting its time.

Defendant Kelly can represent himself *pro se*, but he cannot represent Defendant Innovative Data Search LLC. A corporation may appear in federal court only through licensed

counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202–03 (1993); *Taylor v. Knapp*, 871 F.2d 803, 806 (9th Cir. 1989).

The Motions to Dismiss are DENIED.

IT IS SO ORDERED.

Dated this 3rd day of January, 2018.

Ronald B. Leighton
United States District Judge

ORDER - 2